ORIGINAL

Evan J. Smith (SBN 242352)
BRODSKY & SMITH, LLC
9595 Wilshire Boulevard, Suite 900
Beverly Hills, CA 90212
Telephone: (310) 300-8425
Facsimile: (310) 247-0160
esmith@brodsky-smith.com

*Attorneys for Plaintiffs*

[Additional Counsel on Signature Page]

FILED
DEC 07 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY [signature] DEPUTY

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

BY FAX

| | |
|---|---|
| DEVAY CAMPBELL, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>LEAP WIRELESS INTERNATIONAL, INC., S. DOUGLAS HUTCHESON, MARK H. RACHESKY, AMIN I. KHALIFA, GLENN UMETSU and DEAN M. LUVISA,<br><br>Defendants. | **CIVIL ACTION NO.**<br>'07 CV 2297 H (AJB)<br><br>CLASS ACTION COMPLAINT<br><br>**JURY TRIAL DEMANDED** |

Plaintiff, Devay Campbell ("Plaintiff"), alleges the following based upon the investigation by Plaintiff's counsel, which included, among other things, a review of the defendants' public documents, conference calls and announcements made by defendants, United States Securities and Exchange Commission ("SEC") filings, wire and press releases published by and regarding Leap Wireless International, Inc. ("Leap" or the "Company"), securities analysts' reports and advisories about the Company, and information readily available on the Internet, and Plaintiff believes that substantial additional evidentiary support will exist for the allegations set forth herein after a reasonable opportunity for discovery.

## NATURE OF THE ACTION AND OVERVIEW

1. This is a federal class action on behalf of purchasers of Leap's securities between January 7, 2005 and November 9, 2007, inclusive (the "Class Period"), seeking to pursue remedies under the Securities Exchange Act of 1934 (the "Exchange Act").

2. Leap, together with its subsidiaries, is a wireless communications carrier that offers digital wireless service under the Cricket and Jump Mobile brands in the United States. The Company's Cricket service offers customers unlimited wireless service in their Cricket service area for a flat monthly rate without requiring a fixed-term contract or a credit check, and its Jump Mobile service offers customers a per-minute, pre-paid service.

3. On November 9, 2007, the Company shocked investors when it announced that its financial statements from fiscal year 2004 through the second quarter of 2007 should not be relied upon, and would be restated. The restated financial statements for these periods would correct errors in the Company's previously reported service revenues, equipment revenues and operating expenses. The Company revealed that the restatements would "result in a net cumulative reduction of approximately $20 million in service revenues and approximately $20 million in operating income," as could result in the Company's default under a senior secured credit agreement with approximately $890 million in borrowings outstanding. This default would arise from the Company having breached its representations regarding the presentation of its prior financial statements.

4. On this news, the Company's shares declined $21.38 per share, or nearly 37 percent, to close on November 9, 2007 at $36.72 per share, on unusually heavy trading volume.

5. The Complaint alleges that, throughout the Class Period, defendants failed to disclose material adverse facts about the Company's financial well-being and prospects. Specifically, defendants failed to disclose or indicate the following: (1) that the Company's service and equipment revenues and costs were misstated in its financial statements; (2) that the Company's operating expenses were understated in its financial statements; (3) that the Company's financial

statements were not prepared in accordance with Generally Accepted Accounting Principles ("GAAP"); (4) that the Company lacked adequate internal and financial controls; and (5) that, as a result of the foregoing, the Company's financial statements were materially false and misleading at all relevant times.

6. As a result of defendants' wrongful acts and omissions, and the precipitous decline in the market value of the Company's securities, Plaintiff and other Class Members have suffered significant losses and damages.

## JURISDICTION AND VENUE

7. The claims asserted herein arise under and pursuant to Sections 10(b) and 20(a) of the Exchange Act, (15 U.S.C. §§ 78j(b) and 78t(a)), and Rule 10b-5 promulgated thereunder (17 C.F.R. § 240.10b-5).

8. This Court has jurisdiction over the subject matter of this action pursuant to Section 27 of the Exchange Act (15 U.S.C. § 78aa) and 28 U.S.C. § 1331.

9. Venue is proper in this Judicial District pursuant to Section 27 of the Exchange Act, 15 U.S.C. § 78aa and 28 U.S.C. § 1391(b). Many of the acts and transactions alleged herein, including the preparation and dissemination of materially false and misleading information, occurred in substantial part in this Judicial District. Additionally, Leap's principal executive offices are located within this Judicial District.

10. In connection with the acts, conduct and other wrongs alleged in this Complaint, defendants, directly or indirectly, used the means and instrumentalities of interstate commerce, including but not limited to, the United States mails, interstate telephone communications and the facilities of the national securities exchange.

**PARTIES**

11. Plaintiff, Devay Campbell as set forth in the accompanying certification, incorporated by reference herein, purchased Leap's securities at artificially inflated prices during the Class Period and has been damaged thereby.

12. Defendant Leap is a Delaware corporation with its principal executive offices located at 10307 Pacific Center Court, San Diego, California.

13. Defendant S. Douglas Hutcheson ("Hutcheson") was, at all relevant times, the Company President, Chief Executive Officer ("CEO"), and a member of the Board of Directors.

14. Defendant Mark H. Rachesky ("Rachesky") was, at all relevant times, the Chairman of the Company's Board of Directors.

15. Defendant Amin I. Khalifa ("Khalifa") was, at relevant times, the Company's Chief Financial Officer ("CFO") and an Executive Vice President.

16. Defendant Glenn Umetsu ("Umetsu") was, at all relevant times, the Company's Chief Technical Officer and an Executive Vice President.

17. Defendant Dean M. Luvisa ("Luvisa") was, at relevant times, the Company's CFO and Vice President – Finance.

18. Defendants Hutcheson, Rachesky, Khalifa, Umetsu and Luvisa are collectively referred to hereinafter as the "Individual Defendants." The Individual Defendants, because of their positions with the Company, possessed the power and authority to control the contents of Leap's reports to the SEC, press releases and presentations to securities analysts, money and portfolio managers and institutional investors, i.e., the market. Each defendant was provided with copies of the Company's reports and press releases alleged herein to be misleading prior to, or shortly after, their issuance and had the ability and opportunity to prevent their issuance or cause them to be corrected. Because of their positions and access to material non-public information available to them, each of these defendants knew that the adverse facts specified herein had not been disclosed

to, and were being concealed from, the public, and that the positive representations which were being made were then materially false and misleading. The Individual Defendants are liable for the false statements pleaded herein, as those statements were each "group-published" information, the result of the collective actions of the Individual Defendants.

## SUBSTANTIVE ALLEGATIONS

### Background

19. Leap, together with its subsidiaries, is a wireless communications carrier that offers digital wireless service under the Cricket and Jump Mobile brands in the United States. The Company's Cricket service offers customers unlimited wireless service in their Cricket service area for a flat monthly rate without requiring a fixed-term contract or a credit check, and its Jump Mobile service offers customers a per-minute, pre-paid service.

### Materially False and Misleading Statements Issued During the Class Period

20. The Class Period begins on January 7, 2005. On this day, the Company issued a press release entitled "Leap Announces Year-End Subscriber Numbers for Fiscal Year 2004; Company Reaffirms Business Outlook for Fiscal Years 2004 and 2005." Therein, the Company, in relevant part, stated:

> Leap Wireless International, Inc. (OTCBB:LEAP), a leading provider of innovative and value-driven wireless communications services, today announced that it gained nearly 29,000 net customer additions during the fourth quarter of 2004, bringing the total number of net additions for fiscal year 2004 to approximately 97,000. The Company's net additions for 2004 are within its earlier reported expectations of 70,000-100,000 net additions for the year. Customer churn for the fourth quarter of 2004 was 4.1 percent, bringing the Company's year-end churn number for 2004 to 3.9 percent. The year-end churn number was within the Company's previously issued outlook of 3.8 to 4.0 percent for the year. Leap also reaffirms its previously issued financial guidance for fiscal year 2004 along with its outlook for fiscal year 2005.

> "Our ability to meet the high end of our subscriber forecast with 97,000 net new customers provides us with a solid foundation and positive momentum as we begin 2005," said Bill Freeman, Leap's CEO and director. "As we move into this new year, we continue to make good progress as we execute on our strategic initiatives that are designed to strengthen the operational and financial performance of our business. We believe that 2005 will provide us with many opportunities to continue building value for the Company's stakeholders. We expect to announce our full 2004 results late in the quarter and to provide additional updates on our progress in conjunction with our earnings announcement and conference call."

21. On May 11, 2005, the Company issued a press release entitled "Leap Reports Results for Fourth Quarter and Full Year 2004; Company Provides Preliminary Results for the First Quarter of 2005 and Revised Full-Year Outlook." Therein, the Company, in relevant part, stated:

> Leap Wireless International, Inc. (OTCBB:LEAP), a leading provider of innovative and value-driven wireless communications services, today announced financial and operating results for the fourth quarter and full year ending December 31, 2004, representing the combination of the Company's results prior to and after its emergence from Chapter 11 reorganization. The Company also provided preliminary customer and financial results for the first quarter of 2005 and updated its business outlook for full year 2005, incorporating proposed new Auction #58 market build out activities.
>
> * * *
>
> Total consolidated revenues for the fourth quarter were $206.6 million, compared to total consolidated revenues of $188.9 million for the fourth quarter of 2003. Consolidated operating income for the fourth quarter was $4.9 million, compared to a consolidated operating loss of $28.5 million for the fourth quarter of 2003. Consolidated net loss for the fourth quarter was $6.6 million, compared to a consolidated net loss of $172.8 million for the fourth quarter of 2003.
>
> For full year 2004, combined total consolidated revenues were $826.0 million, compared to total consolidated revenues of $751.3 million for full year 2003. Combined consolidated operating loss for 2004 was $30.2 million, compared to a consolidated operating loss of $360.4 million for full year 2003. Combined consolidated net income for 2004 was $904.6 million, compared to a consolidated net loss of $597.4 million for full year 2003. Full year 2004 net income included $962.4 million of reorganization items, net, reflecting the net impact of fresh-start accounting and other bankruptcy-related changes to the balance sheet. This combined net income result for fiscal year 2004 is not indicative of the Company's expected future performance.

* * *

Key operational and financial performance measures for the fourth quarter and full year 2004 were as follows:

- Net customer additions for the quarter were approximately 29,000, bringing total net customer additions during 2004 to approximately 97,000 compared to net customer decreases of approximately 5,000 and 39,000 during the fourth quarter and full year 2003, respectively.

- Churn for the quarter was 4.1%, bringing churn for the full year 2004 to 3.9%, an improvement over the churn rates of 4.3% and 4.4% reported for the fourth quarter and full year 2003, respectively.

- Average revenue per user per month (ARPU) for the fourth quarter, based on service revenue, was $37.29, an improvement of $1.01 from the ARPU of $36.28 for the fourth quarter of 2003. For full year 2004, ARPU was $37.28, an improvement of $1.03 from the ARPU of $36.25 for full year 2003. The impact of higher than expected rebate activity during the fourth quarter of 2004 reduced ARPU by $0.52 and $0.13 for the fourth quarter and full year 2004, respectively, from what it would have been if rebate activity during the fourth quarter had been consistent with the Company's previous experience.

- Cost per gross customer addition (CPGA) was $159 for the fourth quarter, up from the CPGA of $136 reported for the fourth quarter of 2003. For full year 2004, CPGA was $142, an improvement from the CPGA of $158 for full year 2003. The impact of higher than expected rebate activity during the fourth quarter of 2004 increased CPGA by $12 and $3 for the fourth quarter and full year 2004, respectively, from what it would have been if rebate activity during the fourth quarter had been consistent with the Company's previous experience.

- Non-selling cash costs per user per month (CCU) was $18.74 for the fourth quarter, an improvement of $1.21 from the CCU of $19.95 for the fourth quarter of 2003. For full year 2004, CCU was $18.91, an improvement of $3.43 from the CCU of $22.34 for full year 2003.

- Average minutes of use per customer per month (MOU) during the fourth quarter were approximately 1,500.

- Cumulative purchases of property and equipment (capital expenditures) increased by $33.5 million during the fourth quarter

of 2004, bringing cumulative capital expenditures for the 12 months ending December 31, 2004 to $77.2 million.

* * *

"The fourth quarter completed a year of significant development for our business as we grew our customer base and delivered strong year-over-year improvements in our financial performance," said Doug Hutcheson, president and chief executive officer of Leap. "We added more customers, reduced churn and significantly improved our operational metrics compared to the previous year. For the full year 2004, our adjusted consolidated EBITDA was up 71% over the previous year. Even though performance of our overall business was masked by higher than planned rebate activity, which we do not expect to experience in the future, the Company nearly achieved its full year adjusted EBITDA guidance. We believe that the new products and services we are introducing in the first half of this year, combined with our new, brand-centric marketing strategy, will provide momentum for further growth in the coming quarters."

**Preliminary Results for the First Quarter of 2005**

In addition to its results for the fiscal year 2004, Leap also announced that it gained nearly 46,000 net customers during the first quarter of 2005 and that customer churn for the first quarter was 3.3 percent. Based on preliminary results, the Company also announced that, for the first quarter of 2005, it anticipates total consolidated revenue to be in the range of $223 million to $228 million, consolidated operating income, excluding stock-based compensation expenses, to be in the range of $19 million to $24 million, and ARPU to be in the range of $38.25 to $39.25.

The Company cautions that these financial results are preliminary, based on currently available information and are subject to the final quarterly closing process and the completion of customary quarterly review procedures by the Company's management, the Audit Committee of Leap's board of directors, and the Company's independent registered public accounting firm.

"As indicated by preliminary results we are providing today for the first quarter, the Company has entered 2005 with solid financial performance upon which to build the future of our business," continued Hutcheson. "In 2005, we expect to continue to execute in our markets, evolve our Cricket service to meet the needs of our customers and, as our new product initiatives gain traction in the marketplace, generate top-line growth on a cost-effective basis. We believe that significant opportunities for growth remain in the markets we serve and we continue to be focused on leveraging our

differentiated product and operational expertise to help realize the full potential of our business."

* * *

Since the beginning of 2005, the Company has taken the following significant steps to strengthen its financial position and develop the depth and breadth of its management and board of directors:

- The successful syndication and closing of $610 million in senior secured credit facilities consisting of a six-year $500 million term loan and an undrawn five-year, $110 million revolving credit facility, lowering the Company's cost of capital and future expected interest expense;

- Execution of a definitive agreement to sell certain spectrum licenses and operating assets for approximately $102 million in cash;

- Execution of a definitive agreement to sell approximately 140 cell towers and related assets for approximately $18 million in cash;

- The Company's winning bids, and the winning bids of a subsidiary of Alaska Native Broadband 1, LLC ("ANB-1"), in Auction #58, which support the Company's strategy of developing market clusters to more effectively serve customers. The two members of ANB-1 are Alaska Native Broadband, LLC, which is the controlling entity and sole manager of ANB-1, and Leap's wholly-owned subsidiary, Cricket Communications, Inc., which has a 75 percent, non-controlling interest in this entity;

- Appointment of Albin ("Al") Moschner in January 2005 as executive vice president and chief marketing officer, a new executive-level position at the Company;

- Appointment of Doug Hutcheson, one of the chief architects of the Cricket business plan, in February 2005 as president and chief executive officer; and

- Appointment of business veterans John D. Harkey, Jr. and Robert V. LaPenta to Leap's Board of Directors in March 2005, bringing additional industry and financial experience to the Board.

"A significant component of our overall growth strategy is the disciplined, cost-effective expansion of the business," commented Glenn Umetsu, executive vice president and chief technical officer for Leap. "For instance, our Fresno network deployment remains on track for low build-out costs, and we expect that the other new markets the Company plans to launch will have similar costs. In addition, the markets for which we were the winning bidder in

Auction #58 are very attractive for our business. As we move ahead with our planning for the development and launch of our new markets, we intend to remain focused on maximizing the return on our investments. We are extremely excited to have the opportunity to expand our service into these new, potentially high-value markets which were selected based on specific factors that are characteristic of our best performing markets."

**Business Outlook**

Today, Leap provided an updated outlook for fiscal year 2005. The following forward-looking statements are based on management's existing plans and its review of current information, which is dynamic and subject to rapid, even abrupt change. The following forward-looking statements are qualified by that fact and speak only of management's views as of the date of this release. Leap does not undertake any obligation to update this information. Actual results could differ materially from those stated or implied by such forward-looking statements due to risks and uncertainties associated with Leap's business. Factors that could cause actual results to differ from these forward-looking statements are described later in this release.

The Company's current outlook for fiscal year 2005 is for:

- Total net customer additions to be between 150,000 and 200,000;
- Annual churn to be between 3.5 percent and 4.0 percent;
- Total consolidated revenue to be between $890 million and $950 million, revised from $875 to $950 million;
- Adjusted consolidated EBITDA to be between $245 million and $270 million including costs associated with new market development activities, revised from $235 to $270 million; and
- Capital expenditures to be between $175 million and $230 million for fiscal year 2005, revised from $110 to $120 million. Capital expenditures during 2005 include an expected $20 million to $25 million of capital expenditures associated with the build-out and launch of the Fresno, Calif. market and the related expansion and network change-out of the Company's existing Visalia and Modesto/Merced markets, and costs associated with the initial development of markets covered by licenses expected to be acquired as a result of Auction #58 (including expected capital expenditures incurred by ANB-1 with respect to its expected new markets to the extent the Company consolidates such expenditures for reporting purposes).

> "We have made significant improvements in our balance sheet over the past few months," said Dean Luvisa acting chief financial officer for Leap. "The successful syndication of $610 million of senior secured credit facilities reduced our interest expense and gave us a strong endorsement from the credit markets. We have also taken steps to ensure our assets more closely match our future market and operating strategy through agreements to sell our tower assets and certain spectrum licenses and operating assets, and through our winning bids on new, high-value markets in Auction #58.
>
> "As we move forward, we intend to maintain a strict focus on operational basics," continued Luvisa. "We expect to control and reduce costs where possible by continuously improving our processes. We also intend to maintain a disciplined approach to managing our balance sheet. Meeting these challenges will put us at the forefront in an industry where a low cost structure and a strong balance sheet are significant competitive advantages."
>
> Hutcheson commented, "To summarize the actions that will allow us to deliver results that match our 2005 guidance, I would point to three areas. First, continued development of new, customer-driven products and services that contribute to the growth of our business and improvement of our operating margins. Second, financially disciplined expansion focused on the development of new markets that we believe will provide us with the best opportunity for delivering high customer value and a high return on our investments. And finally, an internal focus on maintaining our cost leadership position within the industry and ensuring Leap remains financially strong for our stockholders with a prosperous and secure future for its employees and other stakeholders."

22. On May 16, 2005, Leap filed its Annual Report with the SEC on Form 10-K. The Company's 10-K was signed by Defendants Hutcheson, Luvisa and Rachesky, and reaffirmed the Company's financial results previously announced on May 11, 2005.

23. The Company's 10-K filed on May 16, 2005 also contained Sarbanes-Oxley required certifications, signed by Defendants Hutcheson and Luvisa, who stated:

> 1. I have reviewed this annual report on Form 10-K of Leap Wireless International, Inc.;
>
> 2. Based on my knowledge, this report does not contain any untrue statement of a material fact or omit to state a material fact necessary to make the statements made, in light of the circumstances under which such statements were made, not misleading with respect to the period covered by this report;

3. Based on my knowledge, the financial statements, and other financial information included in this report, fairly present in all material respects the financial condition, results of operations and cash flows of the registrant as of, and for, the periods presented in this report;

4. The registrant's other certifying officer and I are responsible for establishing and maintaining disclosure controls and procedures (as defined in Exchange Act Rules 13a-15(e) and 15d-15(e)) for the registrant and have:

a) designed such disclosure controls and procedures, or caused such disclosure controls and procedures to be designed under our supervision, to ensure that material information relating to the registrant, including its consolidated subsidiaries, is made known to us by others within those entities, particularly during the period in which this report is being prepared;

b) evaluated the effectiveness of the registrant's disclosure controls and procedures and presented in this report our conclusions about the effectiveness of the disclosure controls and procedures, as of the end of the period covered by this report based on such evaluation; and

c) disclosed in this report any change in the registrant's internal control over financial reporting that occurred during the registrant's most recent fiscal quarter (the registrant's fourth fiscal quarter in the case of an annual report) that has materially affected, or is reasonably likely to materially affect, the registrant's internal control over financial reporting; and

5. The registrant's other certifying officer and I have disclosed, based on our most recent evaluation of internal control over financial reporting, to the registrant's auditors and the audit committee of the registrant's board of directors (or persons performing the equivalent functions):

a) all significant deficiencies and material weaknesses in the design or operation of internal control over financial reporting which are reasonably likely to adversely affect the registrant's ability to record, process, summarize and report financial information; and

b) any fraud, whether or not material, that involves management or other employees who have a significant role in the registrant's internal control over financial reporting.

24. On June 14, 2005, the Company issued a press release entitled "Leap Reports Results for First Quarter of 2005; Achievement of Positive Net Income of $12.6 Million and Record Adjusted Consolidated EBITDA of $70.0 Million Underscores Company's Strong Operational and Financial Performance During the Quarter." Therein, the Company, in relevant part, stated:

> Leap Wireless International, Inc. (OTCBB: LEAP), a leading provider of innovative and value-driven wireless communications services, today announced strong financial results for the first quarter of 2005, including solid growth in total revenues, the Company's first full quarter with positive net income following the Company's emergence from Chapter 11 bankruptcy in the third quarter of 2004, and record adjusted consolidated earnings before interest, taxes, depreciation and amortization (EBITDA). Operational results were likewise strong, led by Leap's Cricket(R) service adding nearly 46,000 net new customers during the first quarter to end the period with approximately 1,615,000 total customers and reporting a customer churn rate of 3.3%.
>
> Total consolidated revenues for the first quarter were $228.4 million, an increase of $21.6 million over the total consolidated revenues of $206.8 million for the first quarter of 2004 and the highest reported by the Company to date. Consolidated operating income for the first quarter was $21.9 million, an increase of $44.2 million over the consolidated operating loss of $22.3 million for the first quarter of 2004. Consolidated net income was positive, totaling $12.6 million for the first quarter, or net earnings of $0.21 per share, representing a $40.6 million improvement over the consolidated net loss of $28.0 million, or a net loss of $0.48 per share, reported for the first quarter of 2004.
>
> Adjusted consolidated EBITDA for the first quarter was a record $70.0 million, representing a 32% increase over the adjusted consolidated EBITDA of $53.2 million for the first quarter of 2004. Adjusted consolidated EBITDA represents EBITDA adjusted to exclude the effects of: reorganization items, net; other income (expense), net; gains on sale of wireless licenses; impairment of intangible assets; impairment of long-lived assets and related charges; and stock-based compensation awards. The adoption of fresh-start reporting as of July 31, 2004 resulted in material adjustments to the historical carrying values of the Company's assets and liabilities. As a result, the Company's post-emergence balance sheet, statements of operations and statements of cash flows are not comparable in many respects to the Company's financial statements for periods ending prior to the Company's emergence from Chapter 11.

"The strong accomplishments of the first quarter, which include the Company's first full quarter of positive net income since emerging as a reorganized entity, clearly demonstrate that we are building on the financial performance we delivered in 2004," said Doug Hutcheson, president and chief executive officer of Leap. "In addition to delivering these outstanding results for the quarter, we strengthened our management team, improved our customer satisfaction, introduced our new brand awareness campaign and delivered on our product development commitments while maintaining the Company's strong financial position."

"As we move forward with our business, we expect to continue to focus on our balanced growth strategies, which include the strengthening of our distribution network, increasing the number of payment locations available to our customers and expanding the Company's market presence through the development of new, potentially high-value markets that we believe are very attractive for our business. All in all, we are very encouraged by the start of 2005 and we look forward to further building on our progress as consumers come to understand and embrace the improvements the business has achieved," concluded Hutcheson.

Key operational and financial performance measures for the first quarter of 2005 were as follows:

- Average revenue per user per month (ARPU) for the first quarter, based on service revenue, was $39.03, an improvement of $1.58 from the ARPU of $37.45 for the first quarter of 2004.

- Cost per gross customer addition (CPGA) for the first quarter was $128, nearly even with the CPGA of $124 reported for the first quarter of 2004.

- Non-selling cash costs per user per month (CCU) was $18.94 for the first quarter, an improvement of $1.14 from the CCU of $20.08 for the first quarter of 2004.

- Average minutes of use per customer per month (MOU) during the first quarter of 2005 remained at approximately 1,500, over twice the industry average and consistent with the MOU data reported for the fourth quarter of 2004.

- Cumulative purchases of property and equipment (capital expenditures) for the three months ending March 31, 2005 were $24.5 million.

"Our performance reflects the Company's continuing focus on operational excellence, and we are very pleased with the strong results reported across the board in the first quarter," said Dean

> Luvisa, Leap's acting chief financial officer. "We believe that the results we are reporting today demonstrate yet again the operating efficiency of our business. We have completed the first quarter confident in our ability to profitably execute our business plan and meet our financial goals."
>
> 2005 Business Outlook
>
> The following forward-looking statements are based on management's existing plans and its review of current information, which is dynamic and subject to rapid, even abrupt change. The following forward-looking statements are qualified by that fact and speak only of management's views as of the date of this release. Leap does not undertake any obligation to update this information. Actual results could differ materially from those stated or implied by such forward-looking statements due to risks and uncertainties associated with Leap's business. Factors that could cause actual results to differ from these forward-looking statements are described later in this release.
>
> The Company's current outlook for fiscal year 2005 is for:
>
> - Total net customer additions to be between 125,000 and 200,000, revised from between 150,000 and 200,000;
> - Annual churn to be between 3.5 percent and 4.0 percent;
> - Total consolidated revenue to be between $890 million and $950 million:
> - Adjusted consolidated EBITDA to be between $245 million and $270 million including costs associated with new market development activities; and
> - Capital expenditures to be between $175 million and $230 million for fiscal year 2005, revised from $110 to $120 million. Capital expenditures during 2005 include an expected $20 million to $25 million of capital expenditures associated with the build-out and launch of the Fresno, Calif. market and the related expansion and network change-out of the Company's existing Visalia and Modesto/Merced markets, and costs associated with the initial development of markets covered by licenses acquired by us in Auction #58 and licenses expected to be acquired in Auction #58 by a subsidiary of Alaska Native Broadband 1, LLC (which the Company consolidates for reporting purposes).

25. On June 15, 2005, Leap filed its Quarterly Report with the SEC on Form 10-Q. The Company's 10-Q was signed by Defendants Hutcheson and Luvisa, and reaffirmed the Company's

financial results previously announced on June 14, 2005. The Company's 10-Q also contained Sarbanes-Oxley required certifications, substantially similar to the certifications contained in ¶23, *supra*.

26. On August 11, 2005, the Company issued a press release entitled "Leap Reports Results for Second Quarter of 2005; Solid Financial Performance Led by Strong Growth in Total Revenues and Record Adjusted EBITDA; Company Revises Guidance to Reflect Improved Financial Outlook for 2005." Therein, the Company, in relevant part, stated:

> Leap Wireless International, Inc. (NASDAQ:LEAP), a leading provider of innovative and value-driven wireless communications services, today announced strong financial results for the second quarter of 2005. These results reflect strong year-over-year growth in total revenues and record adjusted consolidated earnings before interest, taxes, depreciation and amortization (EBITDA).
>
> Total consolidated revenues for the second quarter were $226.8 million, an increase of $21.1 million over the total consolidated revenues of $205.7 million for the second quarter of 2004. Consolidated operating income for the second quarter was $8.6 million, an increase of $23.6 million over the consolidated operating loss of $15.0 million for the second quarter of 2004. Consolidated net income totaled $2.5 million for the second quarter, or net income of $0.04 per diluted share, representing a $20.6 million improvement over the consolidated net loss of $18.1 million, or a net loss of $0.31 per diluted share, for the second quarter of 2004. The Company's consolidated net income reported for the second quarter of 2005 includes: $7.1 million, or $0.12 per diluted share, of non-cash stock-based compensation expense; and, non-cash impairment charges of $11.4 million, or $0.19 per diluted share, to reduce the carrying value of certain non-operating wireless licenses to their estimated fair values.
>
> Adjusted consolidated EBITDA for the second quarter of 2005 was a record $74.3 million, representing a 21 percent increase over the adjusted consolidated EBITDA of $61.4 million for the second quarter of 2004. Adjusted consolidated EBITDA represents EBITDA adjusted to exclude the effects of: reorganization items, net; other income (expense), net; gains on sale of wireless licenses; impairment of indefinite-lived intangible assets; impairment of long-lived assets and related charges; and stock-based compensation expense. The adoption of fresh-start reporting as of July 31, 2004 resulted in material adjustments to the historical carrying values of the Company's assets and liabilities. As a result, the Company's post-

emergence balance sheets, statements of operations and statements of cash flows are not comparable in many respects to the Company's financial statements for periods ending prior to the Company's emergence from Chapter 11.

"As evidenced by the results we have reported today, Leap produced another successful quarter balancing growth with solid operating cash-flow generation," said Doug Hutcheson, president and chief executive officer of Leap. "As we move into the remainder of 2005, we are pleased with the overall momentum that has been established for our business. During the first half of the year, we have concentrated on three key operating priorities: maintaining our strict focus on cost leadership; executing on our planned marketing and product development initiatives; and preparing for the first new market launch for our business in over three years. In the second half, we will work toward leveraging the platform for growth we have created by continuing to strengthen our marketing and customer service initiatives while expanding our channels of distribution for both our core Cricket(R) service and our new Jump(TM) pre-paid product.

"Our strong financial performance during the first half of the year places Leap in a solid position to achieve its overall goals for 2005. We remain optimistic about our long-term business prospects and believe that the actions we have taken to date will produce increasingly positive effects over time. As a result, we are increasing our outlook for adjusted EBITDA during 2005 to reflect our expectation for continued strong financial performance. While we have tightened the range on our customer activity by lowering the upper end of the forecast, we anticipate that we will see improvements in customer retention and net customer growth later this year as our new initiatives begin to gain traction in the marketplace and we see continued positive performance in our new Central Valley market cluster," concluded Hutcheson.

Key operational and financial performance measures for the second quarter of 2005 are as follows:

- Gross customer additions for the quarter were approximately 191,000, an improvement of 11,000 from the approximately 180,000 gross customer additions for the second quarter of 2004.

- Net customer additions for the quarter were approximately 3,000 compared to approximately 9,000 net additions for the second quarter of 2004, bringing total customers at the end of the current period to approximately 1,618,000.

- Churn for the quarter was 3.9%, 0.2% higher than the churn rate of 3.7% for the second quarter of 2004.

- Average revenue per user per month (ARPU) for the second quarter, based on service revenue, was $39.24, an improvement of $1.96 from the ARPU of $37.28 for the second quarter of 2004.

- Cost per gross customer addition (CPGA) for the second quarter was $138, a $3 improvement over the CPGA of $141 reported for the second quarter of 2004.

- Non-selling cash costs per user per month (CCU) was $18.43 for the second quarter, an improvement of $0.04 from the CCU of $18.47 for the second quarter of 2004.

- Average minutes of use per customer per month (MOU) during the second quarter of 2005 remained at approximately 1,500, more than twice the industry average and consistent with the MOU data reported for the first quarter of 2005.

- Purchases of property and equipment (capital expenditures) for the three months ended June 30, 2005 were $21.0 million, bringing cumulative capital expenditures for the first half of 2005 to $45.5 million.

"Our results continue to demonstrate the fundamental strength of our business model and serve to reaffirm the value-creating potential of our customer segment as we execute on our strategies for growth in both our existing markets and through the development of our new, high-potential markets," said Dean Luvisa, Leap's acting chief financial officer. "In addition, the Company continues to have a solid liquidity position that has been further reinforced by our recent $100 million increase in our senior secured term loan and the completion of our sale of certain spectrum licenses and operating assets to Verizon Wireless. We believe that the steps we have taken to strengthen our capital structure, combined with our expectations for continued strong cash-flow generation, will put us in a solid position to achieve our strategic goals and help realize the significant opportunity for growth that exists within our business."

* * *

The Company's current outlook for fiscal year 2005 is for:

- Total net customer additions (excluding the effect of the Company's August 2005 sale of certain operating markets) to be between 125,000 and 175,000, revised from between 125,000 and 200,000;

- Annual churn to be between 3.7 percent and 4.0 percent, revised from between 3.5 percent and 4.0 percent;

- Total consolidated revenue to be between $910 million and $950 million, revised from a range of $890 million to $950 million;

- Adjusted consolidated EBITDA (including costs associated with new market development activities) to be between $265 million and $285 million, revised from a range of $245 million to $270 million, and;

- Capital expenditures, excluding capitalized interest, to be between $175 million and $230 million for fiscal year 2005 unchanged from the Company's previously published outlook.

27. On August 12, 2005, Leap filed its Quarterly Report with the SEC on Form 10-Q. The Company's 10-Q was signed by Defendants Hutcheson and Luvisa, and reaffirmed the Company's financial results previously announced on August 11, 2005. The Company's 10-Q also contained Sarbanes-Oxley required certifications, substantially similar to the certifications contained in ¶23, *supra.*

28. On November 9, 2005, the Company issued a press release entitled "Leap Reports Results for Third Quarter of 2005; Solid Performance Marked by Strong Year-Over-Year Growth in Customers, Total Revenues and Adjusted EBITDA." Therein, the Company, in relevant part, stated:

> Leap Wireless International, Inc. (NASDAQ:LEAP), a leading provider of innovative and value-driven wireless communications services, today announced strong financial results for the third quarter of 2005. These results reflect continued strong year-over-year growth in total revenues and adjusted consolidated earnings before interest, taxes, depreciation and amortization (EBITDA).
>
> Total consolidated revenues for the third quarter were $230.5 million, an increase of $23.6 million over the total consolidated revenues of $206.9 million for the third quarter of 2004. Consolidated operating income for the third quarter was $28.6 million, an increase of $26.4 million over consolidated operating income of $2.2 million for the third quarter of 2004. Consolidated net loss for the third quarter totaled $7.6 million, or a loss of $0.13 per diluted share. This compares to consolidated net income in the third quarter of 2004 of $957.3 million, which included $963.2 million of reorganization items, net, reflecting the net impact of fresh-start reporting and other bankruptcy related items.
>
> Adjusted consolidated EBITDA for the third quarter of 2005 was $66.5 million, representing a 16% percent increase over the adjusted

consolidated EBITDA of $57.5 million for the third quarter of 2004. Adjusted consolidated EBITDA represents consolidated EBITDA adjusted to exclude the effects of: reorganization items, net; other income (expense), net; gain/loss on sale of wireless licenses and operating assets; impairment of indefinite-lived intangible assets; impairment of long-lived assets and related charges; and stock-based compensation expense. The adoption of fresh-start reporting as of July 31, 2004 resulted in material adjustments to the historical carrying values of the Company's assets and liabilities. As a result, the Company's post-emergence balance sheets, statements of operations and statements of cash flows are not comparable in many respects to the Company's financial statements for periods ending prior to the Company's emergence from Chapter 11.

"Our performance during the third quarter reflects an overall strengthening of our business as our product development activities, distribution improvements and marketing strategies have taken effect," said Doug Hutcheson, president and chief executive officer of Leap. "Once again, we have demonstrated an ability to generate solid operational performance, even while supporting the costs associated with our new market launch activities and systems upgrades to meet regulatory requirements and to support future improvements in efficiency. We are on track to meet our goals for 2005 while implementing our strategic plans, and we are looking toward the coming year with great anticipation."

"As 2006 approaches, well-managed growth becomes a priority and it is our goal to continue the strong performance shown in our operational markets throughout 2005 as we launch new markets in key clusters across the country," continued Hutcheson. "To provide insight into our expectations for the coming year, we are providing an outlook for adjusted consolidated EBITDA and capital spending for 2006. We intend to capitalize on the momentum of each new market launch and our new services and products throughout the year while maintaining a well-balanced approach to managing our cost performance."

Key operational and financial performance measures for the third quarter of 2005 are as follows:

- Gross customer additions for the quarter were approximately 234,000, an improvement of over 33,000 from the approximately 200,000 gross customer additions for the third quarter of 2004.

- Reflecting both net new customer growth in both Leap's older markets and in its new market cluster in the Central Valley of California, net customer additions for the quarter were approximately 23,000 compared to a net customer reduction of approximately 8,000 for the third quarter of 2004, bringing total

customers at the end of the current period to approximately 1,623,000. The Company's net customer additions for the third quarter of 2005 exclude the effect of the transfer of approximately 19,000 customers from the Company's network as a result of closing the sale on the Company's operating markets in Michigan.

- Churn for the quarter was 4.4%, 0.1% lower than the churn rate of 4.5% for the third quarter of 2004.

- Average revenue per user per month (ARPU) for the third quarter, based on service revenue, was $40.22, an improvement of $3.25 from the ARPU of $36.97 for the third quarter of 2004.

- Cost per gross customer addition (CPGA) for the third quarter was $142, comparable to the CPGA of $141 reported for the third quarter of 2004.

- Non-selling cash costs per user per month (CCU) was $19.52 for the third quarter, an increase of $1.14 from the CCU of $18.38 for the third quarter of 2004.

- Average minutes of use per customer per month (MOU) during the third quarter of 2005 was approximately 1,450, reflecting typical seasonal variations from the MOU data reported for the first two quarters of 2005.

- Purchases of property and equipment (capital expenditures) for the three months ended September 30, 2005, were $38.7 million, bringing cumulative capital expenditures for 2005 to $82.3 million, excluding prepayments for purchases.

"The strength of our business is evidenced by our financial performance, confirming the value of pursuing growth in targeted markets and focusing on developing products for an underserved customer segment," said Dean Luvisa, Leap's acting chief financial officer. "With nearly $400 million in cash at the close of the third quarter, we believe that our current cash position, combined with our expected cash flow from operations, adequately positions us for the significant capital investments ahead of us as we build-out the planned new markets. Looking forward, we expect to maintain good liquidity and relatively low leverage positions, while opportunistically drawing on the capital markets to position ourselves to capture future opportunities that enhance the value of the company."

* * *

The Company's current outlook for fiscal year 2005 is for:

- Total net customer additions (excluding the transfer of approximately 19,000 customers resulting from the Company's August 2005 sale of its Michigan markets) to be between 125,000 and 150,000, revised from between 125,000 and 175,000;

- Annual churn to be between 3.8 percent and 4.0 percent, revised from between 3.7 percent and 4.0 percent;

- Total consolidated revenue to be between $910 million and $940 million, revised from a range of $910 million to $950 million;

- Adjusted consolidated EBITDA (including costs associated with new market development activities) to be between $270 million and $280 million, revised from a range of $265 million to $285 million; and,

- Capital expenditures, excluding capitalized interest, to be between $150 million and $200 million for fiscal year 2005 revised from a range of $175 million to $230 million.

The Company also provided its initial outlook for fiscal year 2006:

- Adjusted consolidated EBITDA is expected to be between $240 million and $300 million, reflecting the Company's expectation for adjusted EBITDA growth in the markets in operation at the end of 2005 and the anticipated operational and financial performance of the markets Leap and its joint venture, Alaska Native Broadband 1 (ANB1), expect to launch in 2006.

- Consolidated capital expenditures are expected to be between $410 million and $500 million, reflecting both Leap and ANB1's investment in the development of their respective Auction 58 properties and the expected introduction of EVDO technology in Leap markets during 2006.

Leap's initial outlook for 2006 does not include the effect of the proposed sale and joint venture transactions announced on November 8, 2005.

29. On November 14, 2005, Leap filed its Quarterly Report with the SEC on Form 10-Q. The Company's 10-Q was signed Individual Defendants Hutcheson and Luvisa, and reaffirmed the Company's financial results previously announced on November 9, 2005. The Company's 10-Q also contained Sarbanes-Oxley required certifications, substantially similar to the certifications contained in ¶23, *supra*.

30. On March 6, 2006, the Company issued a press release entitled "Leap Announces Restatement of Prior Period Results to Correct Errors in Deferred Income Tax Accounting; Restatement Expected to Result in Material, Non-cash Improvements in Reported Net Income (Loss) for Affected Periods." Therein, the Company, in relevant part, stated:

> Leap Wireless International, Inc. (NASDAQ: LEAP), today announced that it will restate its audited and unaudited financial results reported subsequent to its August 2004 emergence from Chapter 11 bankruptcy to correct for errors in previously reported income tax expense, goodwill, and other long-term liabilities. These errors were identified by management during the preparation of the Company's annual income tax provision for the year ended December 31, 2005. The restatements are not expected to affect previously reported revenues, operating income, or cash flows from operations, or to impact cash taxes paid or owed. The correction of these errors is expected to result in material, non-cash decreases to income tax expense and improvements in net income (loss) for the nine months ended September 30, 2005, and for the five months ended December 31, 2004. The effect of these errors on the results of the individual quarters contained in these periods may vary. In addition, these restatements will result in increases to goodwill and other long-term liabilities for all affected periods. Accordingly, because of these errors, the Company's previously issued financial statements for these periods should not be relied upon. The adjustments result from the correction of accounting errors and are not attributable to any misconduct by Company employees.
>
> The restatements result from: (i) errors in the calculation of the tax bases of certain wireless licenses and deferred taxes associated with tax deductible goodwill, (ii) errors in the accounting for the release of the valuation allowance on deferred tax assets recorded in fresh-start reporting, and (iii) the determination that the netting of deferred tax assets associated with wireless licenses against deferred tax liabilities associated with wireless licenses was not appropriate, as well as the resulting error in the calculation of the valuation allowance on the license-related deferred tax assets. These errors arose in connection with the Company's implementation of fresh-start reporting on July 31, 2004 pursuant to Statement of Position 90-7, "Financial Reporting by Entities in Reorganization under the Bankruptcy Code." The Company's management and Audit Committee have discussed the matters disclosed in this press release with the Company's independent registered public accounting firm.

* * *

> The restatements described above may result in defaults under the $710 million senior secured credit agreement among Cricket Communications, Inc., Leap Wireless International, Inc., Bank of America, N.A. and certain lenders. The Company expects to continue to make scheduled payments of principal and interest under such credit agreement. Leap also intends to obtain waivers of the potential defaults resulting from the restatements from the required lenders under the credit agreement. Unless waived by the required lenders, an event of default would permit the administrative agent to exercise its remedies under the credit agreement, including declaring all outstanding debt under the agreement to be immediately due and payable. Leap believes that the required lenders will agree to waive any defaults that may occur as a result of the restatements, however, such actions cannot be assured.

31. On March 16, 2006, the Company issued a press release entitled "Leap Reports Results for Fourth Quarter and Full Year 2005; Company Delivers Strong Year-over-Year Growth in Service Revenues and Adjusted OIBDA; Positive Growth Trend Evident in Company's Outlook for First Quarter of 2006." Therein, the Company, in relevant part, stated:

> Leap Wireless International, Inc. (NASDAQ:LEAP), a leading provider of innovative and value-driven wireless communications services, today announced consolidated financial and operational results for the fourth quarter and full year ended December 31, 2005, reflecting strong year-over-year growth in service revenues and adjusted operating income before depreciation and amortization (OIBDA). Solid operational performance was led by the addition of nearly 46,000 net new customers during the fourth quarter, bringing the total number of net customer additions for the year to just over 117,000. These additions represent a 53% increase over the net additions of approximately 29,000 in the fourth quarter of 2004 and a 21% improvement over the full year net additions of approximately 97,000 for 2004. The Company ended 2005 with approximately 1,668,000 total customers and a customer churn rate of 4.1 percent for the fourth quarter and 3.9 percent for the full year 2005.
>
> Total revenues for the fourth quarter were $228.9 million, an increase of $22.3 million over the total revenues of $206.6 million for the fourth quarter of 2004. Operating income for the fourth quarter was $10.8 million, an increase of $5.9 million over the $4.9 million for the fourth quarter of 2004. Net income was $5.0 million for the fourth quarter, or $0.08 per diluted share. This compares to the net loss of $6.6 million, or $0.11 per diluted share, for the fourth quarter of 2004.

"The Company had another successful quarter, reflecting continued execution of the strategic growth plans we have established for our business," said Doug Hutcheson, president and chief executive officer of Leap. "Based on the results of the fourth quarter and full year 2005, and our first quarter outlook for new customers and adjusted OIBDA, we believe the broad impact and value of our actions are becoming evident. We look forward to continuing progress in the coming year as we expand our services and market presence throughout 2006."

For the full year 2005, total revenues were $914.7 million, an $88.7 million improvement over total revenues of $826.0 million for the full year 2004. Operating income for 2005 was $69.8 million, an increase of $100.0 million over an operating loss of $30.2 million for 2004. Net income for 2005 was $30.0 million, or $0.49 per diluted share. This compares to net income of $904.8 million for the full year 2004, which included $962.4 million of reorganization items, net, reflecting the net impact of fresh-start reporting and other bankruptcy-related items.

Adjusted operating income before depreciation and amortization for the fourth quarter of 2005 was $64.2 million, up $13.5 million from the adjusted OIBDA of $50.7 million for the fourth quarter of 2004. For the full year 2005, adjusted OIBDA was $275.0 million, an increase of $52.2 million from the adjusted OIBDA of $222.8 million for 2004. Adjusted OIBDA represents OIBDA adjusted to exclude the effects of: gain/loss on sale of wireless licenses and operating assets, impairment of indefinite-lived intangible assets, and stock-based compensation expense.

* * *

"We are very pleased with the strong adjusted OIBDA performance delivered in the fourth quarter, and believe that our focus on cost management is readily apparent in the results we delivered for the quarter and for 2005 as a whole," said Dean Luvisa, acting chief financial officer for Leap. "For the year, our adjusted OIBDA was up by more than $50 million, an impressive year-over-year improvement resulting from our increased customer activity, higher overall average revenues per user, and a commitment to cost leadership as a primary element of our core business strategy. As a result of our continued focus on top-line growth and underlying cost efficiency, the Company performed well ahead of our original expectations for 2005."

Key operational and financial performance measures for the fourth quarter and full year 2005 were as follows:

- Average revenue per user per month (ARPU) for the fourth quarter, based on service revenue, was $39.74, an improvement of $2.45 from the ARPU of $37.29 for the fourth quarter of 2004. For full year 2005, ARPU was $39.56, an improvement of $2.28 from ARPU of $37.28 for the full year 2004.

- Cost per gross customer addition (CPGA) was $158 for the fourth quarter, comparable to the CPGA reported for the fourth quarter of 2004. For full year 2005, CPGA was $142, also comparable to the CPGA for full year 2004.

- Non-selling cash costs per user per month (CCU) was $18.67 for the fourth quarter, a $0.07 improvement from the CCU of $18.74 for the fourth quarter of 2004. For full year 2005, CCU was $18.89, an improvement of $0.02 from the CCU of $18.91 for full year 2004.

- Cumulative purchases of property and equipment (capital expenditures) increased by $117.7 million during the fourth quarter of 2005, bringing cumulative capital expenditures for the full year 2005 to $200.0 million.

"We have demonstrated the Company's ability to deliver strong financial performance while investing in new services to meet the needs of our customers, launching new markets for future growth and satisfying our regulatory obligations," continued Luvisa. "In the past year, we grew revenue and adjusted OIBDA, lowered our cost of capital and improved our liquidity, while acquiring licenses that will allow us to build our market clusters and increase our covered POPs by up to 70% in 2006. Looking forward, we see a business well prepared for expansion and development as a result of the strong growth anticipated in both new and existing Cricket markets over the coming quarters."

* * *

The Company's current outlook for fiscal year 2006 is for:

- Adjusted OIBDA to be in the range of $240 million to $300 million for the full year, reflecting the Company's expectation for adjusted OIBDA growth in the markets in operation at the end of 2005 and the anticipated operational and financial performance of the markets that Leap and its joint ventures, Alaska Native Broadband 1 (ANB1) and LCW Wireless, anticipate launching in 2006.

- Consolidated capital expenditures to be between $430 million and $500 million, reflecting investment by Leap and its joint ventures

in the development of their respective properties and the expected introduction of EVDO technology during 2006.

The Company is not providing an estimate of net customer additions or churn for full year 2006 because these metrics are sensitive to new market launches and Leap cannot precisely predict the timing of these launches. Leap and its joint ventures expect to launch markets covering 14 to 20 million potential new customers by year-end.

In addition to its results for the fiscal year 2005, Leap also announced that it expects total net customer additions to be between 90,000 and 105,000 for the first quarter of 2006 and that first quarter customer churn is expected to remain comparable to the churn rate of 3.3 percent for the first quarter of 2005. The Company also announced that, for the first quarter of 2006, it anticipates consolidated adjusted OIBDA to be in the range of $68 million to $74 million.

"2005 was pivotal for the Company as we developed and implemented the strategic platform on which we plan to grow our business," concluded Hutcheson. "As we look ahead to 2006, we expect to achieve improved results as we continue rolling out our strategic initiatives across the business. The Company delivered strong performance in 2005, which we could not have achieved without the outstanding efforts of the entire team. I believe we all share in the excitement of the coming year as we continue executing and building on our plans for success."

32. On March 27, 2006, Leap filed its Annual Report with the SEC on Form 10-K. The Company's 10-K was signed by Defendants Hutcheson, Luvisa and Rachesky, and reaffirmed the Company's financial results previously announced on March 16, 2006. The Company's 10-K also contained Sarbanes-Oxley required certifications, substantially similar to the certifications contained in ¶23, *supra*.

33. On May 9, 2006, the Company issued a press release entitled "Leap Reports Consolidated Results for First Quarter 2006; Improvement in Customer Growth and Record-Breaking Adjusted OIBDA Underscore Company's Strong Financial and Operational Performance." Therein, the Company, in relevant part, stated:

Leap Wireless International, Inc. (NASDAQ: LEAP):

Highlights include:

- Strong net customer growth with over 110,000 net customer additions for the quarter, up approximately 140% from net customer additions for the first quarter of 2005

- Total consolidated revenue for the quarter of $266.7 million, a 17% increase from the total consolidated revenue for the first quarter of 2005

- Consolidated operating income of $19.9 million, compared to $21.9 million in the same period last year

- Record-breaking adjusted consolidated operating income before depreciation and amortization (OIBDA) of $78.6 million, a 12% increase from the adjusted consolidated OIBDA for the first quarter of 2005

- Consolidated net income of $17.7 million for the quarter, or $0.29 per diluted share

Leap Wireless International, Inc. (NASDAQ: LEAP), a leading provider of innovative and value-driven wireless communications services, today announced strong financial and operational results for the first quarter ended March 31, 2006. Leap posted record setting adjusted consolidated OIBDA for the first quarter and strong year-over-year growth in total revenues. The solid operational performance for the first quarter of 2006 was led by the addition of over 278,000 gross new customers and more than 110,000 net new customer additions, representing an increase in net additions of approximately 140% over the net additions of approximately 46,000 for the first quarter of 2005. The Company ended the quarter with nearly 1,779,000 total customers and a customer churn rate of 3.3%. The financial and operating data presented in this press release, including customer information, reflect the consolidated results of Leap, its subsidiaries and its non-controlled joint venture, Alaska Native Broadband 1, LLC (ANB1), for the periods indicated.

"The Company had a successful quarter, delivering strong customer growth and record-breaking adjusted OIBDA performance," said Doug Hutcheson, chief executive officer and president of Leap. "The business continues to execute well on our strategic growth plans. Our total net customer growth for the quarter included approximately 82,000 new subscribers in markets operating at the end of 2005, with approximately 28,000 additional new customers coming from the markets launched during the quarter. We are looking forward to improving results over the coming quarters in our existing markets and from the launch of additional new markets planned for 2006. We expect our customer behavior will continue to have a seasonal rhythm and may be affected by rising energy prices in the short-term."

Total consolidated revenues for the first quarter were $266.7 million, an increase of $38.3 million, or 17%, over the total revenues of $228.4 million for the first quarter of 2005. Consolidated operating income for the first quarter was $19.9 million, a decrease of $2.0 million from the operating income of $21.9 million for the first quarter of 2005. Consolidated net income for the first quarter was $17.7 million, or $0.29 per diluted share. This compares to consolidated net income of $7.5 million, or $0.12 per diluted share, for the first quarter of 2005.

Adjusted consolidated OIBDA for the first quarter of 2006 was $78.6 million, up $8.6 million, or 12%, from the adjusted consolidated OIBDA of $70.0 million for the first quarter of 2005. Adjusted consolidated OIBDA represents consolidated OIBDA adjusted to exclude the effects of: gain/loss on sale of wireless licenses and operating assets; impairment of indefinite-lived intangible assets; and stock-based compensation expense.

* * *

"The Company has proven its ability to deliver strong year-over-year growth in adjusted OIBDA even after the absorption of start-up losses associated with our new market launch activity," said Dean Luvisa, acting chief financial officer for Leap. "When considering the nearly $6 million of negative OIBDA associated with new market activity during the quarter, the underlying strength of the financial performance we delivered becomes even more evident. The improvement in adjusted OIBDA is a product of solid growth in total revenues combined with our ongoing focus on cost leadership. As a result, the business has started the year on track, performing above our expectations."

Key operational and financial performance measures for the first quarter of 2006 were as follows:

- Average revenue per user per month (ARPU) for the first quarter, based on service revenue, was $41.87, an improvement of $2.84 from the ARPU of $39.03 for the first quarter of 2005.

- Cost per gross customer addition (CPGA) was $130 for the first quarter, an increase of $2 from the CPGA of $128 for the first quarter of 2005.

- Non-selling cash cost per user per month (CCU) was $19.57 for the first quarter, an increase of $0.63 from the CCU of $18.94 for the first quarter of 2005.

- Purchases of property and equipment (capital expenditures) for the quarter were $60.9 million, an increase of $38.2 million from

> the capital expenditures of $22.7 million for the first quarter of 2005, primarily reflecting the added cost of new market development activities in the first quarter of 2006.

"We believe that the favorable financial and operating results delivered during the quarter validate the strategic plans we are following to advance the long-term growth prospects of our business," continued Luvisa. "The Company expects to continue driving our growth initiatives forward, building on the recent re-introduction of "pay-in-advance" billing for new and reactivating Cricket customers and the continuing efficient launch of the new markets that are currently under development. What we have done has worked, and we intend to apply the lessons learned throughout the expansion process to new opportunities for development as they arise."

* * *

The Company's current outlook for fiscal year 2006 is for:

- Adjusted OIBDA to be in the range of $240 million to $300 million for the full year, reflecting the Company's expectation for adjusted OIBDA growth in the markets in operation at the end of 2005 and the anticipated operational and financial performance of the markets that Leap and its joint ventures, ANB1 and LCW Wireless, LLC, anticipate launching in 2006.

- Consolidated capital expenditures to be between $430 million and $500 million, reflecting investment by Leap and its joint ventures in the development of their respective properties and the expected introduction of EV-DO technology during 2006. Leap and its joint ventures expect to launch markets covering 14 to 20 million potential new customers during 2006.

In addition to its results for first quarter of 2006, Leap announced that it expects total net customer additions to be between 70,000 and 90,000 for the second quarter of 2006 and that it expects second quarter customer churn to be between 3.9% and 4.1%. The Company also announced that, for the second quarter of 2006, it anticipates consolidated adjusted OIBDA to be in the range of $60 million to $68 million.

"Over the past several quarters we have developed and started to implement a vision for our Company's future that has touched all facets of our business - a vision that has not only strengthened the performance of our existing business but also established a solid foundation for our future growth and expansion," continued Hutcheson. "We believe that it is increasingly evident from the results we have delivered to date that we are making substantial progress in

efficiently building, launching, and bringing to cash flow positive the new markets we began acquiring nearly two years ago. The fundamental improvements that we are making to the Company's footprint provide us with the unique opportunity to provide our customers more value and also increase the operational efficiencies of our business."

"Consistent with our strategy of expanding the business into markets that we believe have a high affinity for the Company's products and services, the Company has carefully considered the opportunities presented in the FCC's upcoming Auction #66, currently scheduled for this June. Based on our evaluation, we believe that the spectrum available in this auction presents attractive prospects for expansion that provide good return potential for the business and, ultimately, our stockholders. Therefore, we plan to participate in the auction, and may do so directly and with third parties, while continuing with the focused strategy and disciplined approach to acquisition we have demonstrated in the past. The Company intends to take the necessary steps to obtain the liquidity needed to support our participation and we expect to raise funds for the purchase of spectrum in the auction through a mix of completed, committed and contingent capital. We believe that this funding strategy will put the Company in a good position to participate in the auction and finance purchases of properties that are attractive to the business to the degree that they are priced at levels consistent with our desired return thresholds," concluded Hutcheson.

34. On May 10, 2006, Leap filed its Quarterly Report with the SEC on Form 10-Q. The Company's 10-Q was signed by Defendants Hutcheson and Luvisa, and reaffirmed the Company's financial results previously announced on May 9, 2006. The Company's 10-Q also contained Sarbanes-Oxley required certifications, substantially similar to the certifications contained in ¶23, *supra*.

35. On August 3, 2006, the Company issued a press release entitled "Leap Reports Consolidated Results for Second Quarter 2006; Strong Performance Led by Growth in Service Revenues and Operating Income." Therein, the Company, in relevant part, stated:

Leap Wireless International, Inc. (NASDAQ: LEAP):

Highlights include:

- Net customer growth of nearly 58,000 for the quarter, up from net customer additions of approximately 2,700 for the second quarter of 2005

- Total consolidated revenue for the quarter of $267.9 million, an 18% increase from the total consolidated revenue for the second quarter of 2005

- Consolidated operating income of $16.5 million, a 92% increase from the consolidated operating income for the second quarter of 2005

- Adjusted consolidated operating income before depreciation and amortization (OIBDA) of $77.7 million, an increase of more than 4% from the adjusted consolidated OIBDA for the second quarter of 2005

- Consolidated net income of $7.5 million for the quarter, or $0.12 per diluted share

Leap Wireless International, Inc. (NASDAQ: LEAP), a leading provider of innovative and value-driven wireless communications services, today announced financial and operational results for the second quarter ended June 30, 2006 that included strong year-over-year improvements in service revenues and operating income achieved while the Company was engaged in a disciplined, broad-based expansion effort. The Company ended the quarter with 1,836,000 total customers and a customer churn rate of 3.6%, and demonstrated solid execution in the build-out, cost management, and launch of new markets. The financial and operating data presented in this press release, including customer information, reflect the consolidated results of Leap, its subsidiaries and its non-controlled joint venture, Alaska Native Broadband 1, LLC (ANB 1), for the periods indicated.

"The Company executed very well on its major initiatives, posting strong financial results as it expanded the footprint of Cricket(R) service to more than 37.3 million potential covered subscribers by the end of the second quarter," said Doug Hutcheson, chief executive officer and president of Leap. "The Company delivered continuing attractive customer growth despite some unanticipated disruptions, which have been addressed. We remain very pleased with the pace and performance of our new market launches and we look forward to additional strong growth in the second half of the year. We believe that the continued performance improvements we have seen in our existing markets and the progress of new market launches during the quarter indicate that the business is well-positioned to deliver continued growth and attractive financial performance in the coming quarters."

Total revenues for the second quarter were $267.9 million, an increase of $41.0 million, or 18%, over the total revenues of $226.8 million for the second quarter of 2005. Operating income for the second quarter was $16.5 million, nearly double the operating income of $8.6 million for the second quarter of 2005. Net income for the second quarter was $7.5 million, or $0.12 per diluted share. This compares to net income of $1.1 million, or $0.2 per diluted share, for the second quarter of 2005.

Adjusted OIBDA for the second quarter of 2006 was $77.7 million, up $3.4 million, or more than 4%, from adjusted OIBDA of $74.3 million for the second quarter of 2005, even after absorbing costs associated with the Company's new market launch activities. Adjusted OIBDA represents OIBDA adjusted to exclude the effects of: gain/loss on sale of wireless licenses and operating assets; impairment of indefinite-lived intangible assets; and share-based compensation expense.

"The business delivered strong year-over-year and sequential improvements in adjusted OIBDA in our existing markets, as we launched and began operations in new markets well within our expected costs for capital expenditures and operating expenses," said Dean Luvisa, acting chief financial officer for Leap. "We are also pleased to report that the El Paso/Las Cruces market, which was launched by ANB 1 on January 31, 2006, was OIBDA breakeven at the market level during and for the second quarter. Additionally, initial data from our conversion to 'pay-in-advance' billing for new and reactivating customers have shown promising revenue and customer retention results. We expect that this important business advance will provide further improvements in net customer activity in the second half of 2006."

Key operational and financial performance measures for the second quarter of 2006 were as follows:

- Average revenue per user per month (ARPU) for the second quarter, based on service revenue, was a record $42.97, an improvement of $3.73 from the ARPU of $39.24 for the second quarter of 2005.

- Cost per gross customer addition (CPGA) was $198 for the second quarter, compared with $138 for the second quarter of 2005, reflecting costs associated with new market launches and the effects of the Company's previously announced adoption of 'pay-in-advance' billing for new and reactivating customers in May 2006.

- Non-selling cash cost per user per month (CCU) was $19.18 for the second quarter, an increase of $0.75 from the CCU of $18.43

for the second quarter of 2005, reflecting operating costs associated with new market launch activity, partially offset by improved operational efficiencies and benefits from increased scale in the Company's existing markets.

- Purchases of property and equipment (capital expenditures) for the quarter were $126.1 million, an increase of $105.2 million from the capital expenditures of $20.9 million for the second quarter of 2005, primarily reflecting new market development activities in the second quarter of 2006. Cumulative capital expenditures for the first half of 2006 were $187.0 million.

"We believe that the strong financial results delivered during the first half of 2006 demonstrate the capability of the Company to deliver on our strategic plans for growth while producing strong consolidated performance in our operating business," continued Luvisa. "These results also highlight the inherent advantages of scale that exist within our business and the cash-flow generating potential we believe our business provides. The Company is executing on the capital market activities we previously outlined with the completion of an amendment and restatement of our senior secured debt facility that allows us to continue to build our business in a thoughtful and disciplined manner. We believe the steps we are taking to further enhance our access to capital, when combined with our expected strong cash-flow generation, put us in a solid position to achieve our strategic goals and to realize the growth opportunities for our business."

* * *

- Leap and its joint ventures expect to have launched markets covering 17 to 20 million potential new customers between January 2006 and the end of 2006 or early 2007. Leap also currently expects to launch additional markets covering 3 to 6 million potential customers in 2007, bringing total covered POPs with Cricket service to more than 50 million by the end of next year. The Company's prior new potential customer guidance was 14 to 20 million.

- Leap expects its consolidated adjusted OIBDA for 2006 to be in the range of $265 million to $300 million for the full year, reflecting adjusted OIBDA growth in existing markets offset, in part, by negative OIBDA associated with newly launched markets. The company's prior adjusted OIBDA guidance was $240 million to $300 million.

- Leap expects its consolidated capital expenditures for 2006 to be between $525 million and $585 million, reflecting the acceleration of both market launch timing and the Company's

investment in 1xEV-DO technology into 2006. The Company's prior consolidated capital expenditures for 2006 were expected to be between $430 million and $500 million.

In addition to its results for second quarter of 2006, Leap announced that it expects total net customer additions to be between 110,000 and 210,000 for the third quarter of 2006, and that it expects third quarter customer churn to be between 3.9% and 4.3%. The Company also announced that, for the third quarter of 2006, it anticipates consolidated adjusted OIBDA to be in the range of $57 million to $67 million.

"We anticipated that 2006 would be a year of significant advancement for our business, and we believe that our successful progress is well demonstrated by the improvement in our adjusted OIBDA forecast for fiscal 2006 during a period in which we have been accelerating new market launches," continued Hutcheson. "In addition to the continued improvements that we have been making in our existing business, we have also made substantial advancements in our data initiatives. We have increased our expected 2006 capital expenditures to accommodate the acceleration of both new market launches and the upgrade of our networks to 1xEV-DO. The change in 2006 capital expenditures reflects a shift in spending to 2006 from 2007 and initial expenditures for the planned launch of markets in Rochester, NY and the markets we have agreed to acquire in the Carolinas. The breadth of services available through 1xEV-DO is expected to provide increased financial opportunities in the coming quarters and to further improve our competitive position. We believe that the Company's growing product portfolio, when coupled with our industry-leading cost structure, robustly differentiates our business offerings from others in today's competitive wireless marketplace.

36. On August 8, 2006, Leap filed its Quarterly Report with the SEC on Form 10-Q. The Company's 10-Q was signed by Defendants Hutcheson and Luvisa, and reaffirmed the Company's financial results previously announced on August 3, 2006. The Company's 10-Q also contained Sarbanes-Oxley required certifications, substantially similar to the certifications contained in ¶23, *supra*.

37. On November 7, 2006, the Company issued a press release entitled "Leap Reports Consolidated Results for Third Quarter 2006." Therein, the Company, in relevant part, stated:

- Company's Strong Operational and Financial Performance During the Third Quarter Led by Solid Year-over-Year Growth in Net Customer Additions and Service Revenues

- Net customer growth of approximately 161,000 for the quarter, an increase of 138,000 from net customer additions of approximately 23,000 for the third quarter of 2005
- Total consolidated revenue for the quarter of $287.5 million, a 25 percent increase from the third quarter of 2005
- Consolidated operating income of $17.0 million
- Consolidated net income of $10.0 million for the quarter, or $0.16 per diluted share
- Adjusted consolidated operating income before depreciation and amortization (OIBDA) of $61.2 million

Leap Wireless International, Inc. (NASDAQ: LEAP), a leading provider of innovative and value-driven wireless communications services, today announced financial and operational results for the third quarter ended September 30, 2006 that included strong year-over-year improvements in customer growth and consolidated service revenues. The solid operational performance for the third quarter of 2006 was led by more than 405,000 gross customer additions and more than 161,000 net customer additions, representing an improvement of 138,000 net additions over the customer numbers reported for the third quarter of 2005. These results reflect net customer growth in Leap's Cricket(R) markets in operation as of December 31, 2005 and strong performance in new Cricket(R) markets launched during 2006. The Company's net customer additions for the third quarter of 2006 exclude the effect of the transfer of approximately 31,000 customers from the Company's network as a result of the sale of Leap's operating markets in Toledo and Sandusky, Ohio in July 2006.

The Company ended the quarter with 1,967,000 total customers, a customer churn rate of 4.3 percent, and demonstrated solid execution in the build-out, cost management, and launch of new markets. The financial and operating data presented in this press release, including customer information, reflect the consolidated results of Leap, its subsidiaries and its non-controlled joint ventures, Alaska Native Broadband 1, LLC (ANB 1), LCW Wireless, LLC (LCW Wireless) and Denali Spectrum, LLC (Denali).

* * *

Total revenues for the third quarter were $287.5 million, an increase of $57 million, or 25 percent, over total revenues of $230.5 million for the third quarter of 2005. Operating income for the third quarter was $17.0 million, compared to operating income of $28.6 million for the third quarter of 2005. Net income for the third quarter was $10.0

million, or $0.16 per diluted share. This compares to net income of $16.4 million, or $0.27 per diluted share, for the third quarter of 2005.

Adjusted OIBDA for the third quarter of 2006 was $61.2 million, down $5.3 million from adjusted OIBDA of $66.5 million for the third quarter of 2005, reflecting the impact of expected initial operating losses in newly launched Cricket markets. Adjusted OIBDA represents OIBDA adjusted to exclude the effects of: gain/loss on sale of wireless licenses and operating assets; impairment of indefinite-lived intangible assets; and share-based compensation expense.

"We are pleased to see our continued focus on operations drive attractive results in a quarter that had several large efforts underway," said Amin Khalifa, executive vice president and chief financial officer of Leap. "We believe that the results we are reporting today show that Leap has continued to drive significant growth. For the quarter, consolidated service revenues grew a robust 29 percent year-over-year, driven primarily by a solid improvement in average revenue per user. In addition, we saw a significant acceleration in customer growth during the quarter, achieving the highest level of net additions in over four years. Looking forward to the remainder of 2006, we expect seasonally strengthening growth in net additions during the fourth quarter from markets in operation as of December 31, 2005 (our existing markets) and continued strong customer demand in new and recently launched Cricket markets."

Key operational and financial performance measures for the third quarter of 2006 were as follows:

- Average revenue per user per month (ARPU) for the third quarter, based on service revenue, was a record $44.39, an improvement of $4.17 from the ARPU of $40.22 for the third quarter of 2005.

- Cost per gross customer addition (CPGA) was $176 for the third quarter, compared with $142 for the third quarter of 2005, primarily reflecting lower net revenue per handset sold as a result of bundling the first month of service with the initial handset price, the elimination of activation fees for new customers purchasing equipment and increased selling and marketing costs attributable to new market launch activity.

- Non-selling cash cost per user per month (CCU) was $20.74 for the third quarter, an increase of $1.22 from the CCU of $19.52 for the third quarter of 2005, primarily reflecting improved per user costs in existing markets offset by operating costs associated with new market launch activity.

- Purchases of property and equipment (capital expenditures) for the quarter were $161.9 million, an increase of $123.2 million from the capital expenditures of $38.7 million for the third quarter of 2005, primarily reflecting new market development activities. Cumulative capital expenditures for the nine months ended September 30, 2006 were $348.9 million.

"The business delivered another quarter of strong growth in estimated adjusted OIBDA in our existing markets, with a year-over-year improvement of approximately 33 percent," continued Khalifa. "In addition, the launch and operation of new Cricket markets continues to be within our expected costs for capital expenditures and operating expenses. Looking forward to the coming year, we expect further improvements in existing market performance which, when coupled with the expected growth of newly launched markets, is anticipated to contribute to substantial adjusted consolidated OIBDA growth for 2007. In addition to the resulting improvements in our debt ratios, we anticipate that the business will be at or near free cash-flow break-even for 2007 before any significant Auction #66 launch expenses and after servicing our debt and capital spending."

* * *

The Company's current outlook for fiscal year 2006 is:

- Adjusted OIBDA is expected to be in the range of $276 million to $283 million, reflecting the Company's expectation for solid year-over-year growth in adjusted OIBDA in its markets in operation at the end of 2005, offset, in part, by negative OIBDA associated with newly launched markets. The Company's prior outlook for adjusted OIBDA was $265 million to $300 million.

- Capital expenditures are expected to be between $525 million and $585 million, unchanged from the Company's previous outlook.

In addition to its revised full year outlook, Leap also announced that it expects total net customer additions to be between 160,000 and 260,000 for the fourth quarter of 2006, and that it expects fourth quarter customer churn to be between 3.9 and 4.2 percent. The Company also announced that for the fourth quarter of 2006, it anticipates adjusted OIBDA to be in the range of $58 million to $65 million.

The Company also provided an initial outlook for fiscal year 2007:

- Leap expects to launch additional markets covering approximately 3 to 4 million potential customers by mid-2007, bringing total covered POPs in markets offering Cricket service to approximately 50 million.

- Adjusted OIBDA is expected to be between $380 million and $450 million, reflecting the Company's expectation for continued adjusted OIBDA growth in the markets in operation at the end of 2005 and the anticipated operational and financial performance of the markets Leap and its joint ventures have launched and are expected to launch during 2006 and 2007.

- Consolidated capital expenditures are expected to be between $240 million and $310 million, excluding any significant capital expenditures associated with the development of new markets expected to be acquired by Leap and Denali in Auction #66 and any capitalized interest costs associated with the Auction #66 markets.

"As 2007 approaches, we are excited by the opportunity to consolidate the tremendous gains we have achieved this year as we prepare for the new market growth anticipated from the launch of new Auction #66 markets in 2008 and beyond," concluded Hutcheson. "In the coming year, we intend to capitalize on the momentum produced in existing and new markets during 2006 to generate solid improvements in our financial performance which we expect to result from increased customer activity, higher overall average revenues per user, and our continued commitment to cost leadership as a primary element of our core business strategy. In addition, next year's capital expenditures will include the costs associated with completing our current launches and our ongoing capital expenses associated with operation of our markets that are 12 months or older. Looking forward, we expect that our disciplined approach to growth, combined with improving cash flow from operations, positions the Company well to execute on a plan for further expansion that we believe will enhance the value of the Company for its key stakeholders."

38. On November 9, 2006, Leap filed its Quarterly Report with the SEC on Form 10-Q. The Company's 10-Q was signed by Defendants Hutcheson and Khalifa, and reaffirmed the Company's financial results previously announced on November 7, 2006. The Company's 10-Q also contained Sarbanes-Oxley required certifications, substantially similar to the certifications contained in ¶23, *supra*.

39. On February 27, 2007, the Company issued a press release entitled "CORRECTING and REPLACING Leap Reports More than 260,000 Net Customer Additions in the Fourth Quarter and Completes Launch of Approximately 20 Million Covered POPs by Year End." Therein, the

Company, in relevant part, stated:

> LEAP REPORTS MORE THAN 260,000 NET CUSTOMER ADDITIONS IN THE FOURTH QUARTER AND COMPLETES LAUNCH OF APPROXIMATELY 20 MILLION COVERED POPS BY YEAR END
>
> Leap Wireless International, Inc. (NASDAQ: LEAP), a leading provider of innovative and value-driven wireless communications services, today announced financial and operational results for the fourth quarter and year ended December 31, 2006. Both periods showed significant growth in total consolidated revenues, lifted by strong year-over-year improvements in net customer additions and average revenue per user (ARPU).
>
> "Our 2006 results reflect well-executed strategies for growth, anchored on the distinct value of our unlimited service propositions and the low-cost structure supporting these strategies," said Doug Hutcheson, Leap's chief executive officer and president. "In 2006, Leap and its joint ventures expanded Cricket(R) coverage to approximately 48 million covered POPs, completing this process on time and within budget. Our fourth quarter and full year 2006 results reflect the contributions of this new market activity on customer additions, as well as the expected initial negative impact of new market launch activity on consolidated operating and net income."
>
> * * *
>
> Fourth Quarter Discussion
>
> The Company's solid operational performance for the fourth quarter of 2006 was led by the addition of approximately 262,000 net new customers, more than four times net customer additions for the fourth quarter of 2005, and reflecting year-over-year continued growth in existing Cricket markets and strong performance in new Cricket markets launched during 2006. Customer churn was 4.1 percent, comparable to the prior year quarter. Total revenues grew 37 percent over the prior year quarter, reflecting a 43 percent increase in service revenues driven by continued strong customer demand for Cricket's higher-value rate plans, combined with a 27 percent increase in weighted-average customers over the prior year period.
>
> Adjusted OIBDA for the fourth quarter of 2006 was $58.9 million, down $5.3 million from adjusted OIBDA of $64.2 million for the fourth quarter of 2005, with significant year-over-year improvements in existing market financial performance offset by the expected initial operating losses in newly launched Cricket markets and the increased acquisition expenses associated with seasonally strong gross customer additions. For the fourth quarter, net loss was $39.4 million,

compared to $5 million of net income for the corresponding quarter of the prior year. Capital expenditures for the fourth quarter were $245.9 million, up from $126.5 million in the prior year quarter, reflecting the large network construction costs associated with network build-out in new markets and the upgrade of existing markets to CDMA2000 1xEvDO Rev0 technology.

"Our adjusted OIBDA performance was solid, even as we absorbed the initial costs associated with stronger than anticipated new customer growth without the full benefit of the recurring margin these customers are expected to generate," said Amin Khalifa, executive vice president and chief financial officer. "Our existing markets, which we define as those markets in operation at the end of 2005, delivered another solid quarter, underscored by an all-time high ARPU of $44.68 in the fourth quarter, and estimated existing market adjusted OIBDA up 35 percent over the prior year period. We believe that the operational and financial results reported today continue to demonstrate our commitment to balancing our growth opportunities with cost management efforts across all dimensions of the business."

Market and Business Developments

During the fourth quarter, Leap, together with its joint venture partners:

- Surpassed two million customers

- Successfully launched Cricket(R) service in Kansas City, Portland and San Diego, covering an additional 6.4 million potential new customers (POPs), bringing total potential customers covered by Cricket service to approximately 48 million, thus completing the planned build-out of new Auction #58 markets (2007 population estimate)

- Initiated a $50 unlimited rate plan, featuring unlimited mobile web access and unlimited in-network roaming in all Cricket markets

- Completed the previously announced acquisition of 13 licenses covering 5.0 million POPs in North and South Carolina from Urban-Comm North Carolina, Inc.

- Announced a definitive agreement to provide users with direct access in 2007 to Google's(b) popular search engine, as well as its e-mail and map applications

- Completed a private offering of $750 million of senior notes, with proceeds used to repay outstanding indebtedness under Cricket's

bridge loan facility and for general corporate purposes, including future expenditures for the build-out and launch of new markets

- Completed a forward sale of 6.4 million shares of Leap common stock, generating net proceeds of approximately $259 million

Full Year 2006 Discussion

Leap and its joint venture partners ended the year with approximately 592,000 net customer additions, bringing total customers served by Cricket service to 2.2 million. Customer churn for full-year 2006 was 3.9 percent, in line with that reported for full year 2005. Total revenues grew 24 percent, fueled by a 27 percent year-over-year increase in service revenues. Adjusted OIBDA for the full year was $276.4 million, or 28.4 percent of service revenue, approximately flat with adjusted OIBDA reported for 2005, despite the initial operating losses associated with new market launch activities. Average revenue per user (APRU) for the full year was $43.55, an increase of $3.99 from reported full year 2005 ARPU of $39.56. Net loss for the full year was $4.1 million compared to net income of $30 million for 2005.

Capital expenditures during 2006 were $590.5 million, up from $208.8 million in the prior year due to the company's significant investment in additional markets and system upgrades. Total unrestricted cash, cash equivalents and short-term investments as of December 31, 2006 was $441.3 million, reflecting strong growth in cash flows generated from existing markets and financing activity associated with the purchase and expected build out of spectrum acquired through Auction #66.

Added Khalifa, "We focus relentlessly on cost leadership to deliver more value to our customers and shareholders. This year, we upgraded our systems to deliver domestic long-distance services using Voice over Internet Protocol (VoIP), improved our customer care operations through improved outsourcing and made substantial improvements in the expenses associated with customer handsets, all of which reduced service costs. In addition to considerable net customer additions in 2006, our new market launches furthered our market clustering strategy, with nearly 50 percent of our footprint now part of improved market clusters."

2007 Business Outlook

Stated Hutcheson, "Due to the outstanding efforts and dedication of our employees and joint venture partners, we nearly doubled the size of our business in 2006. Building on that strong foundation, our goal in 2007 is to optimize the business in preparation for the Company's next round of expansion. We will focus on enhancements to our

Cricket service, including expanded service offerings, new strategies to improve the flexibility of customer payments and further improvements to distribution. We also intend to continue investing in the development of our market clusters and leverage our recent network technology upgrades to offer new broadband data products."

Continued Hutcheson, "As we look ahead to financial performance in 2007, we expect the momentum we have established to continue. We anticipate continued strong customer growth in both new and existing markets and continued improvements in OIBDA, as markets launched in 2006 reach break-even and begin contributing positively to our OIBDA results. As a result, we anticipate that the business will be at, or near, levered free cash-flow(c) break-even for 2007, before any significant Auction #66 related expenses."

"Last year, along with our partner Denali Spectrum, LLC, we were successful bidders on 100 new wireless licenses in Auction #66. These licenses cover approximately 110 million additional POPs (adjusted to eliminate duplication with our existing license portfolio) and are the primary source for continued company expansion. We believe that our disciplined approach to growth, combined with improving cash flow from operations, positions the Company well to deliver further value to stakeholders."

The Company's outlook for fiscal year 2007

- Excluding any activity associated with the development of new Auction #66 markets, Leap expects to launch additional markets covering approximately three million potential customers by mid-2007, bringing total covered POPs in markets offering Cricket service to more than 50 million.

- Adjusted OIBDA is expected to be between $400 million and $470 million, reflecting the Company's expectation for continued adjusted OIBDA growth in the markets in operation at the end of 2005, and the anticipated operational and financial performance of the markets Leap and its joint ventures launched in 2006.

- Capital expenditures are expected to be $280 to $320 million, excluding any significant capital expenditures associated with the development of new markets acquired by Leap and Denali in Auction #66 and any capitalized interest costs associated with the Auction #66 markets.

The Company's outlook for first quarter 2007:

- Net customer additions are expected to be between 260,000 to 320,000, fueled by both existing and new market customer activity.

- Customer churn is expected to be in the range of 3.3 percent to 3.6 percent reflecting the traditional seasonal improvements in churn offset by a greater number of recently acquired customers who are more susceptible to churn and to increased churn from customer handset upgrades.

- Adjusted OIBDA is expected to be between $80 and $90 million, reflecting the Company's expectation for continued adjusted OIBDA growth in the markets in operation at the end of 2005 and the anticipated operational and financial performance of the markets Leap and its joint ventures launched during 2006.

40. On March 1, 2007, Leap filed its Annual Report with the SEC on Form 10-K. The Company's 10-K was signed by Defendants Hutcheson, Khalifa and Rachesky, and reaffirmed the Company's financial results previously announced on February 27, 2007. The Company's 10-K also contained Sarbanes-Oxley required certifications, substantially similar to the certifications contained in ¶23, *supra*.

41. On May 8, 2007, the Company issued a press release entitled "Leap Reports 318,000 Net Customer Additions in First Quarter 2007, Nearly Triple Net Additions in First Quarter 2006." Therein, the Company, in relevant part, stated:

> Leap Wireless International, Inc. (NASDAQ: LEAP), a leading provider of innovative and value-driven wireless communications services, today announced financial and operational results for the first quarter 2007. The company reported service revenues of $326.8 million, a 51 percent increase over the prior year quarter, driven by a 39 percent growth in weighted average customers and a nine percent rise in average revenue per user (ARPU). For the first quarter, the company posted adjusted operating income before depreciation and amortization (OIBDA) of $81.0 million, up $22.1 million from the fourth quarter of 2006, and up $2.4 million from the comparable period of the prior year, even after the company absorbed expenses associated with the cost of acquiring a substantial number of new customers and the impact of new markets launched in 2006. Operating income for the quarter was $4.4 million compared to $19.9 million for the first quarter of 2006, reflecting the impact of additional depreciation expense associated with new market expansion.
>
> "During the quarter, we saw continued strong customer acceptance of our unlimited value proposition as demonstrated not only by customer additions, but also by the continued acceptance of our

higher-value service plans," said Doug Hutcheson, Leap's chief executive officer and president. "Our first quarter net customer additions were achieved from both the new markets launched in 2006 and our existing markets, which added approximately 102,000 net customers, a 24 percent increase over the prior year quarter. In addition, more than two-thirds of our customers now subscribe to our $45 and higher service plans, resulting in record ARPU of $45.52 for the quarter."

* * *

Adjusted OIBDA of $81 million for the quarter included $16 million of negative OIBDA impact associated with the launch of 20 million new covered POPs in 2006. The company incurred a net loss of $8.1 million, compared to net income of $17.7 million for the corresponding quarter of the prior year, which reflects the impact of additional depreciation and interest expense associated with new market expansion and financing activities in 2006. Compared to the fourth quarter 2006 net loss of $39.4 million, the net loss improved by $31.3 million. Capital expenditures during the first quarter of 2007 were $131.7 million, relating primarily to the company's continued investment in new market build outs and network upgrades.

* * *

Said Amin Khalifa, executive vice president and chief financial officer, "Our adjusted OIBDA performance improved, even as we continued to absorb the expected costs of acquiring new customers and the initial negative impact associated with the 2006 market launches. Additionally, we expect our 2006 market launches, in the aggregate, to turn adjusted OIBDA positive by mid year 2007. Our existing markets, defined as those in operation at the end of 2005, delivered accelerated customer growth, along with improved revenues and adjusted OIBDA. By mid year, we expect to launch new markets totaling approximately three million covered POPs, bringing our total covered POPs to approximately 51 million."

Continued Khalifa, "This year we are working to optimize our business in preparation for the opportunities ahead. We have initiatives underway in the areas of product enhancements, system improvements, overall cost reductions and people development. Part of this optimization process includes further enhancements to our service offerings and distribution efforts. As of today, we have established nearly 900 "branded" Cricket(R) stores that effectively convert consumer interest into a customer purchase.

"During the quarter, customer churn followed normal seasonal patterns at 3.4 percent, down 0.7 percentage points from the fourth quarter of 2006. Churn increased 0.1 percentage point from the prior

year quarter, due primarily to a greater number of less-tenured customers who are more likely to churn and an increase in customers who deactivated their prior service in connection with handset upgrades.

"The Company continues to be successful in improving its capital structure. During the quarter, the company reduced the interest rate on its $895.5 million term loan under its senior credit facility to LIBOR plus 225 basis points, reducing the spread by 50 basis points. We also acquired the remaining 25% minority interest in ANB 1 from Alaska Native Broadband for $4.7 million," said Khalifa. "As we look ahead, we may raise significant additional capital over time, as market conditions permit, to enable us to take advantage of business expansion opportunities."

Second Quarter and Fiscal Year 2007 Business Outlook

Said Hutcheson, "In 2007, we are continuing our customer focus with new service plans, new data offerings, and enhanced market clusters, all aimed at increasing our market penetration and decreasing churn. In April, we announced major enhancements to our service plans, including free text, picture and instant messaging in all plans, and introduced new higher-value plans that include nationwide roaming minutes. These plans were crafted and test-marketed to improve our competitive position, while balancing customer use of off-network calling with our roaming costs. We have also introduced a new payment plan, called Cricket by Week(TM), to help customers retain their wireless service when they are low on cash."

Continued Hutcheson, "We are building a business to deliver what we believe is the best value proposition in the wireless marketplace, while maintaining our focus on cost leadership. As we move through the year, we anticipate sustained customer growth in both existing and new markets. Due to the inherent seasonality of our business, we expect second quarter net additions to be lower than the first quarter, but expect continued gains in net additions over prior year second quarter results. Overall, we expect adjusted OIBDA to increase each quarter through the end of this year, as we put the recent new market launch investments behind us."

The Company's outlook for second quarter 2007

- Net customer additions are expected to be between 125,000 and 175,000, fueled by both existing and new market customer activity.
- Customer churn is expected to be in the range of 4.1 percent to 4.4 percent, reflecting the traditional seasonal rhythms in churn

and impacted by a greater number of less-tenured customers and increased customer handset upgrades.

- Adjusted OIBDA is expected to be between $105 million and $115 million, reflecting the Company's expectation for continued adjusted OIBDA growth in the markets in operation at the end of 2005 and the anticipated operational and financial performance of the markets launched during 2006.

The Company's updated outlook for fiscal year 2007

- Leap expects to launch additional markets covering approximately three million potential customers by mid 2007, bringing total covered POPs in markets offering Cricket service to approximately 51 million. As a result of ongoing expansion of market footprints and new market launches, the company expects to cover up to an additional 4 million POPS by the end of 2007.

- Adjusted OIBDA is expected to be between $400 million and $470 million, reflecting projected adjusted OIBDA growth in the markets in operation at the end of 2005 and the anticipated performance of the markets launched in 2006. This outlook does not include any significant expenses associated with Auction #66 market development activities.

- Capital expenditures are expected to be $280 to $320 million, excluding approximately $110 million in capital expenditures associated with the development of new markets acquired by Leap and Denali in Auction #66 and capitalized interest costs.

42. On May 10, 2007, Leap filed its Quarterly Report with the SEC on Form 10-Q. The Company's 10-Q was signed by the Individual Defendants Hutcheson and Khalifa, and reaffirmed the Company's financial results previously announced on May 8, 2007. The Company's 10-Q also contained Sarbanes-Oxley required certifications, substantially similar to the certifications contained in ¶23, *supra.*

43. The statements contained in ¶¶ 20 – 42 were materially false and misleading when made because defendants failed to disclose or indicate the following: (1) that the Company's service and equipment revenues and costs were misstated in its financial statements; (2) that the Company's operating expenses were understated in its financial statements; (3) that the Company's financial statements were not prepared in accordance with GAAP; (4) that the Company lacked adequate

internal and financial controls; and (5) that, as a result of the foregoing, the Company's financial statements were materially false and misleading at all relevant times.

**The Truth Begins to Emerge**

44. On August 7, 2007, the Company issued a press release entitled "Leap Reports Second Quarter 2007 Adjusted OIBDA of $115 Million, Up 48% Compared to Prior Year Quarter, New Markets in Aggregate Begin Contributing Positively to Adjusted OIBDA." Therein, the Company, in relevant part, stated:

> Leap Wireless International, Inc. (NASDAQ:LEAP), a leading provider of innovative and value-driven wireless communications services, today announced financial and operational results for the second quarter 2007. The company reported service revenues of $350.2 million, a 52 percent increase over the prior-year quarter, driven by a 45 percent growth in weighted-average customers and a five percent rise in average revenue per user (ARPU). In the second quarter, the company posted adjusted operating income before depreciation and amortization (OIBDA) of $115.2 million, up $34.2 million from the first quarter of 2007 and up $37.5 million from the comparable period of the prior year. Operating income for the quarter was $36.9 million compared to $16.5 million for the second quarter of 2006.
>
> "In the second quarter, we continued to experience attractive customer growth over the prior year period, including 115,000 net customer additions in the new markets launched in 2006 and 2007. With the addition of 12,000 new customers in existing markets during the quarter, net customer additions increased approximately 60 percent over the prior year quarter and approximately 30 percent during the first half of the year as compared to the prior year period, in each case after adjusting for the sale of our Toledo and Sandusky, Ohio markets in 2006," said Doug Hutcheson, Leap's chief executive officer and president. "During the quarter, we saw strong acceptance of our new higher-value service plans from both new and existing customers, resulting in ARPU of $45.13. As a result of the success we have seen with the uptake of our new service plans, we expect to see continued upward pressure on ARPU over the coming quarters, subject to normal seasonal fluctuations. Second quarter ARPU declined from the first quarter of 2007 due to our typical seasonal rhythms and customer deactivations associated with the increase in less-tenured customers from our market launch successes."

* * *

Adjusted OIBDA of $115.2 million for the second quarter benefited from a higher weighted-average number of customers, increased ARPU and improved operating expense leverage. In addition, adjusted OIBDA was aided by approximately $3 million of contribution from new markets, which include nearly 20 million new covered POPs launched in 2006 and three million additional covered POPs launched in the second quarter. During the quarter, as a result of amendments to several agreements, we reduced our liability for the removal of equipment at certain cell sites at the end of the lease term. This change resulted in a reduction of approximately $6 million in cost of service. The company had net income of $3.2 million in the second quarter, compared to net income of $7.5 million for the corresponding quarter of the prior year. The increase in operating income was more than offset by increases in interest and income tax expenses. Capital expenditures during the second quarter of 2007 were approximately $106 million, relating primarily to the company's continued investment in the existing business, new market development and network upgrades.

As of June 30, 2007, total unrestricted cash, cash equivalents and short-term investments were $684.8 million. These amounts increased by $355.6 million from the first quarter of 2007 due primarily to a private offering of senior notes in June that yielded approximately $371 million in proceeds.

Said Amin Khalifa, executive vice president and chief financial officer, "The markets we launched since the beginning of 2006 have now turned, in the aggregate, adjusted OIBDA positive, contributing to significant growth over the first quarter of 2007 and the prior year quarter. Our existing markets, defined as those in operation at the end of 2005, delivered 18 percent adjusted OIBDA growth over the prior year quarter due to net customer additions, higher ARPU, and operating expense leverage. In the second quarter, we launched new markets in Charleston, Rochester and Raleigh, adding nearly three million new covered POPs to our service, which brings our total covered POPs to approximately 51 million."

Continued Khalifa, "During the quarter, customer churn was 4.3 percent, up 0.7 percentage points from the prior year quarter. We estimate that approximately 0.4 percentage points of this increase are attributable to a year-over-year increase in the number of customers who upgraded their handsets by deactivating their existing line of service and then activating a new line of service. The remaining increase in customer churn is attributed to an approximately 20% decrease in average customer tenure over the prior year quarter, a by-product of our success in adding customers in our newly-launched markets, since less-tenured customers are more susceptible to churn.

"Our focus for 2007 is to optimize our current business and to take the initial steps for another round of expansion that will begin in earnest in 2008. In support of these efforts, we raised approximately $371 million in proceeds during the quarter through a private placement of senior notes at an effective interest rate of approximately eight percent. As a result of recent positive revisions to the company's credit ratings, the interest rate on our approximately $900 million term loan was reduced in the second quarter by 25 basis points to LIBOR plus 2.0%."

Additional Market and Business Developments

During the second quarter, Leap:

- Announced enhancements to service plans, including free unlimited text, picture and instant messaging in all plans, and introduced new higher-value $55 and $60 service plans that include nationwide roaming minutes.

- Introduced a popular Ringback tone feature and Cricket by Week service plan, which features unlimited wireless service on a week-to-week payment basis.

Third Quarter and Fiscal Year 2007 Business Outlook

Said Hutcheson, "We have demonstrated our ability to grow customers, revenue and ARPU in a very competitive environment and absorb impacts associated with the macroeconomic environment. As we outlined during our Leap Analyst Day in June, our current focus is to increase customer penetration through distinctive service plans, enhanced coverage in our markets, development of new markets and introduction of higher-speed data services, all while maintaining relentless attention to our cost leadership position.

"Due to high net customer additions we realized in the third quarter of 2006 as a result of new market launches, we expect third quarter 2007 net additions to be lower than the prior year quarter. As a result of the recent addition of less-tenured customers in our newly-launched markets, we expect to continue to see additional near-term pressure on churn, and our experience in our more established markets indicates that churn rates should improve as the newly-launched markets mature. We expect adjusted OIBDA in the third quarter to be approximately double the prior year quarter, before the effects of our major new initiatives."

Continued Hutcheson, "Over the last quarter, the company has further developed its plans with respect to our planned coverage expansion and higher-speed data services. In addition, we have more information about the government's spectrum clearing activities and have been able to refine our Auction #66 build-out plans. We are

confident that these opportunities will create significant value and we will continue our disciplined approach to strengthen our business."

With the completion of the new market launches and aggregate adjusted OIBDA contributions from these markets, the company's outlook now combines the expected performance of our new and existing markets. In addition, we will begin reporting separately the results of the major new initiatives we are developing, similar to our prior reporting on the effects of the Auction #58 markets. These major new initiatives include our planned coverage expansion, Auction #66 market development and higher-speed data services.

* * *

The Company's updated outlook for fiscal year 2007

- As a result of ongoing expansion of market footprints, the company expects to cover up to an additional two million POPS by the end of 2007, bringing total covered POPs to approximately 53 million.

- Adjusted OIBDA is expected to be between $430 million and $460 million, which does not include approximately $25 to $35 million of negative adjusted OIBDA that we expect to incur to support our major new initiatives.

- Capital expenditures are expected to be $280 million to $320 million for the existing business, the costs associated with our launched markets to date, and the EVDO network upgrade, including capitalized interest costs. In addition, the company expects to invest approximately $200 million to $250 million in capital expenditures to support our major new initiatives, including capitalized interest costs.

The Company's outlook for fiscal year 2008

- With the planned coverage expansion and launches of Auction #66 markets, the company expects to cover up to an additional 20 to 28 million POPS by the end of 2008, bringing total covered POPs to between approximately 73 to 81 million by 2008 year end.

- Adjusted OIBDA for fiscal year 2008 is expected to be between $550 million and $650 million, which includes the effects of negative adjusted OIBDA that we expect to incur with respect to our planned coverage expansion, initial launches of Auction #66 markets and costs associated with initial higher-speed data service trials.

> - Capital expenditures are expected to be $650 million to $850 million, which include the investments we expect to make for planned coverage expansion, initial launches of Auction #66 markets and initial higher-speed data services trials and exclude capitalized interest costs.

45. On this partial disclosure, the Company's shares fell $20.36 per share, or 25.3 percent, to close on August 8, 2007 at $60.00 per share, on unusually heavy trading volume.

46. Then, on November 9, 2007, Leap shocked investors when it announced it would restate its financial results for fiscal year 2004 through the second quarter of 2007. The Company's press release, entitled "Leap Announces Restatement of Prior Period Results; Company Also Releases Preliminary Financial Results for the Third Quarter and Business Outlook for Fourth Quarter of 2007," in relevant part, stated:

> Leap Wireless International, Inc. (NASDAQ:LEAP) today announced that it will restate its financial statements for fiscal years 2004, 2005 and 2006 and for the first and second quarters of 2007 to correct for errors in previously reported service revenues, equipment revenues, and operating expenses. Over these periods, the restatements are expected to result in a net cumulative reduction of approximately $20 million in service revenues and approximately $20 million in operating income. The estimated effect of these errors on the Company's prior period results for service revenues and operating income is set forth below. Changes in net income (loss) will be determined following the Company's completion of its tax expense calculations for these periods. As a result of the pending restatements, the Company's previously issued financial statements for periods from fiscal year 2004 through the second quarter of 2007 should not be relied upon. In reaching this conclusion, the Company's management and Audit Committee have discussed the matters described in this press release with the Company's independent registered public accounting firm.
>
> The restatements are the result of an internal review of the Company's service revenue activity and forecasting process that was initiated by management in September 2007 and are not attributable to any misconduct by Company employees. The expected adjustments to historical financial results do not change unrestricted cash, cash equivalents and short term investments as of June 30, 2007. In addition, they do not materially change the overall trend in service revenues, nor do they materially change overall trends in ARPU, CPGA, CCU or capital expenditures. Finally, the expected

adjustments do not impact previously reported results for net customer additions or churn.

Description of Accounting Errors

The most significant adjustment relates to the Company's prior accounting for a group of customers who voluntarily disconnected service. These customers comprised a small percentage of the Company's disconnected customers. For these customers, approximately one month of deferred revenue that was recorded when the customers' monthly bills were generated was mistakenly recognized as revenue after their service was disconnected. The Company also identified other errors relating to the timing and recognition of certain service revenues and operating expenses. The effect of the timing errors varied across periods. The error with the largest variation across periods related to the reconciliation of billing system data for pay in arrears customers. This error resulted in an understatement of revenue in 2004 and 2005 and an overstatement of revenue in subsequent periods as the number of pay in arrears customers in the Company's customer base declined.

In connection with management's review, errors were also identified relating to the classification of certain components of equipment revenues and cost of equipment. Prior to June 2007, approximately $120 million of revenue from the sale of equipment was offset against related cost of equipment and reported on a net basis. The reclassification of these revenues and costs on a gross basis will not impact operating income.

* * *

The date and time of the Company's third quarter earnings release and conference call will be provided in a separate press release.

The pending restatements and preliminary third quarter results described above are subject to adjustment upon finalization of third quarter financial and operational results and completion of the audit and review of the Company's restated financial statements by its independent registered public accounting firm.

Business Outlook for Fourth Quarter of 2007

- Net customer additions are expected to be between 70,000 and 130,000, reflecting normal seasonal rhythms and the maturation of the markets launched in 2006.

- Customer churn is expected to be in the range of 4.4 percent to 4.7 percent, reflecting typical seasonal rhythms and the effects of customer handset upgrades and improving trends related to the

> percentage of less-tenured customers within our overall customer base.
>
> - Adjusted OIBDA is expected to be between $105 million and $115 million, bringing anticipated full year adjusted OIBDA to between $385 and $395 million. The Company's expectation for fourth quarter and full year adjusted OIBDA includes approximately $12 to $17 million of negative adjusted OIBDA we expect to incur to support our major new initiatives, including the Company's planned coverage expansion, higher-speed data services, Auction #66 build activity and other strategic activities.
>
> Senior Secured Credit Agreement and Indenture
>
> The restatements described above may result in a default under the senior secured credit agreement among Cricket Communications, Inc., Leap Wireless International, Inc., Bank of America, N.A. and certain lenders, under which approximately $890 million in borrowings is currently outstanding. This potential default arises from the Company's potential breach of representations regarding the presentation of its prior financial statements and not as a result of any non-compliance with its financial covenants. Notwithstanding any potential default, the Company expects to continue to make scheduled payments of principal and interest under the credit agreement. The Company is pursuing a waiver of any potential default from the credit agreement lenders. Unless waived by the required lenders, a default would permit the administrative agent to exercise its remedies under the credit agreement, including declaring all outstanding debt under the credit agreement to be immediately due and payable. An acceleration of the outstanding debt under the credit agreement would also trigger a default under Cricket's indenture governing its $1.1 billion of 9.375% senior notes due 2014. The Company anticipates that the required lenders under the credit agreement will agree to waive any potential default that may occur as a result of the restatements; however, such actions cannot be assured.
>
> In conjunction with the waiver, the Company is also asking lenders to approve other amendments to the credit agreement, including an amendment that would provide that entry into an agreement leading to a change of control will no longer constitute an event of default, unless and until the change of control occurs.

47. On this news, the Company's shares declined an additional $21.38 per share, or nearly 37 percent, to close on November 9, 2007 at $36.72 per share, again on unusually heavy trading volume.

**LEAP'S VIOLATION OF GAAP RULES IN ITS FINANCIAL STATEMENTS FILED WITH THE SEC**

48. These financial statements and the statements about the Company's financial results were false and misleading, as such financial information was not prepared in conformity with GAAP, nor was the financial information a fair presentation of the Company's operations due to the Company's improper accounting for, and disclosure about its revenues, in violation of GAAP rules.

49. GAAP are those principles recognized by the accounting profession as the conventions, rules and procedures necessary to define accepted accounting practice at a particular time. Regulation S-X (17 C.F.R. § 210.4 01(a) (1)) states that financial statements filed with the SEC which are not prepared in compliance with GAAP are presumed to be misleading and inaccurate. Regulation S-X requires that interim financial statements must also comply with GAAP, with the exception that interim financial statements need not include disclosure which would be duplicative of disclosures accompanying annual financial statements. 17 C.F.R. § 210.10-01(a).

50. The fact that Leap will restate its financial statements, and disclosed that these financial statements should not be relied upon is an admission that they were false and misleading when originally issued (APB No.20, ¶¶7-13; SFAS No. 154, ¶25).

51. Given these accounting irregularities, the Company announced financial results that were in violation of GAAP and the following principles:

(a) The principle that "interim financial reporting should be based upon the same accounting principles and practices used to prepare annual financial statements" was violated (APB No. 28, ¶10);

(b) The principle that "financial reporting should provide information that is useful to present to potential investors and creditors and other users in making rational investment, credit, and similar decisions" was violated (FASB Statement of Concepts No. 1, ¶34);

(c) The principle that "financial reporting should provide information about the economic resources of an enterprise, the claims to those resources, and effects of transactions, events, and circumstances that change resources and claims to those resources" was violated (FASB Statement of Concepts No. 1, ¶40);

(d) The principle that "financial reporting should provide information about an enterprise's financial performance during a period" was violated (FASB Statement of Concepts No. 1, ¶42);

(e) The principle that "financial reporting should provide information about how management of an enterprise has discharged its stewardship responsibility to owners (stockholders) for the use of enterprise resources entrusted to it" was violated (FASB Statement of Concepts No. 1, ¶50);

(f) The principle that "financial reporting should be reliable in that it represents what it purports to represent" was violated (FASB Statement of Concepts No. 2, ¶¶ 58-59);

(g) The principle that "completeness, meaning that nothing is left out of the information that may be necessary to insure that it validly represents underlying events and conditions" was violated (FASB Statement of Concepts No. 2, ¶79); and

(h) The principle that "conservatism be used as a prudent reaction to uncertainty to try to ensure that uncertainties and risks inherent in business situations are adequately considered" was violated (FASB Statement of Concepts No. 2, ¶95).

52. The adverse information concealed by Defendants during the Class Period and detailed above was in violation of Item 303 of Regulation S-K under the federal securities law (17

C.F.R. §229.303).

**PLAINTIFF'S CLASS ACTION ALLEGATIONS**

53. Plaintiff brings this action as a class action pursuant to Federal Rule of Civil Procedure 23(a) and (b)(3) on behalf of a Class, consisting of all those who purchased Leap's securities between January 7, 2005 and November 9, 2007, inclusive (the "Class Period") and who were damaged thereby. Excluded from the Class are defendants, the officers and directors of the Company, at all relevant times, members of their immediate families and their legal representatives, heirs, successors or assigns and any entity in which defendants have or had a controlling interest.

54. The members of the Class are so numerous that joinder of all members is impracticable. Throughout the Class Period, Leap's securities were actively traded on the National Association of Securities Dealers Automated Quotations Market ("NASDAQ"). While the exact number of Class members is unknown to Plaintiff at this time and can only be ascertained through appropriate discovery, Plaintiff believes that there are hundreds or thousands of members in the proposed Class. Record owners and other members of the Class may be identified from records maintained by Leap or, its transfer agent and may be notified of the pendency of this action by mail, using the form of notice similar to that customarily used in securities class actions.

55. Plaintiff's claims are typical of the claims of the members of the Class as all members of the Class are similarly affected by defendants' wrongful conduct in violation of federal law that is complained of herein.

56. Plaintiff will fairly and adequately protect the interests of the members of the Class and has retained counsel competent and experienced in class and securities litigation.

57. Common questions of law and fact exist as to all members of the Class and predominate over any questions solely affecting individual members of the Class. Among the questions of law and fact common to the Class are:

(a) whether the federal securities laws were violated by defendants' acts as

alleged herein;

(b) whether statements made by defendants to the investing public during the Class Period misrepresented material facts about the business, operations and management of Leap; and

(c) to what extent the members of the Class have sustained damages and the proper measure of damages.

58. A class action is superior to all other available methods for the fair and efficient adjudication of this controversy since joinder of all members is impracticable. Furthermore, as the damages suffered by individual Class members may be relatively small, the expense and burden of individual litigation make it impossible for members of the Class to individually redress the wrongs done to them. There will be no difficulty in the management of this action as a class action.

**UNDISCLOSED ADVERSE FACTS**

59. The market for Leap's securities was open, well-developed and efficient at all relevant times. As a result of these materially false and misleading statements, and failures to disclose, Leap's securities traded at artificially inflated prices during the Class Period. Plaintiff and other members of the Class purchased or otherwise acquired Leap's securities relying upon the integrity of the market price of Leap's securities and market information relating to Leap, and have been damaged thereby.

60. During the Class Period, defendants materially misled the investing public, thereby inflating the price of Leap's securities, by publicly issuing false and misleading statements and omitting to disclose material facts necessary to make defendants' statements, as set forth herein, not false and misleading. Said statements and omissions were materially false and misleading in that they failed to disclose material adverse information and misrepresented the truth about the Company, its business and operations, as alleged herein.

61. At all relevant times, the material misrepresentations and omissions particularized in this Complaint directly or proximately caused or were a substantial contributing cause of the damages sustained by Plaintiff and other members of the Class. As described herein, during the Class Period, defendants made or caused to be made a series of materially false or misleading statements about Leap's financial well-being and prospects. These material misstatements and omissions had the cause and effect of creating in the market an unrealistically positive assessment of Leap and its financial well-being and prospects, thus causing the Company's securities to be overvalued and artificially inflated at all relevant times. Defendants' materially false and misleading statements during the Class Period resulted in Plaintiff and other members of the Class purchasing the Company's securities at artificially inflated prices, thus causing the damages complained of herein.

## LOSS CAUSATION

62. Defendants' wrongful conduct, as alleged herein, directly and proximately caused the economic loss suffered by Plaintiff and the Class.

63. During the Class Period, Plaintiff and the Class purchased Leap's securities at artificially inflated prices and were damaged thereby. The price of Leap's securities significantly declined when the misrepresentations made to the market, and/or the information alleged herein to have been concealed from the market, and/or the effects thereof, were revealed, causing investors' losses.

## SCIENTER ALLEGATIONS

64. As alleged herein, defendants acted with scienter in that defendants knew that the public documents and statements issued or disseminated in the name of the Company were materially false and misleading; knew that such statements or documents would be issued or disseminated to the investing public; and knowingly and substantially participated or acquiesced in the issuance or dissemination of such statements or documents as primary violations of the federal

securities laws. As set forth elsewhere herein in detail, defendants, by virtue of their receipt of information reflecting the true facts regarding Leap, their control over, and/or receipt and/or modification of Leap's allegedly materially misleading misstatements and/or their associations with the Company which made them privy to confidential proprietary information concerning Leap, participated in the fraudulent scheme alleged herein.

65. Throughout the Class Period, the defendants took advantage of the artificially inflated price of the Company's securities in completing numerous financing activities. For example, in August 2006, the Company completed a public offering of 6,440,000 shares of its common stock, and received gross proceeds of over $270 million by selling its stock to the public at a price of $42.00 per share. Then in February 2007, the Company completed a private offering of $750 million of senior notes. Further, in June 2007, the Company generated proceeds of $371 million by selling additional senior notes to investors.

66. Additionally, over just the last two years of the Class Period, and with the Company's securities trading at artificially inflated prices, Company insiders sold 952,384 shares of the Company's stock for gross proceeds of $70,907,272. This trading by Company insiders is evidenced by the following chart:

| Date of Trade | Inside Trader | Number of Shares | Price per Share | Gross Proceeds |
|---|---|---|---|---|
| June 11, 2007 | Dondero, James D. | 40,000 | $85.45 | $3,418,000 |
| June 8, 2007 | Dondero, James D. | 140,000 | $83.93 | $11,750,200 |
| June 7, 2007 | Dondero, James D. | 75,000 | $83.29 | $6,246,750 |
| June 6, 2007 | Dondero, James D. | 85,000 | $83.52 | $7,099,200 |
| June 6, 2007 | Targoff, Michael B. | 35,000 | $83.52 | $2,923,200 |
| May 30, 2007 | Dondero, James D. | 200,000 | $84.89 | $16,978,000 |
| May 29, 2007 | Umetsu, Glenn T. | 3,121 | $82.84 | $258,543 |
| May 24, 2007 | Umetsu, Glenn T. | 1,559 | $84.24 | $131,330 |
| May 24, 2007 | Dondero, James D. | 3,000 | $85.18 | $255,540 |

| | | | | |
|---|---|---|---|---|
| May 23, 2007 | Dondero, James D. | 90,000 | $85.68 | $7,711,200 |
| May 23, 2007 | Hutchenson, Stewart D. | 17,021 | $85.61 | $1,457,167 |
| May 23, 2007 | Stephens, Leonard C. | 4,517 | $84.79 | $382,996 |
| April 27, 2007 | Umetsu, Glenn T. | 1,559 | $79.10 | $123,316 |
| March 27, 2007 | Umetsu, Glenn T. | 1,559 | $67.23 | $104,811 |
| February 28, 2007 | Umetsu, Glenn T. | 8,212 | $67.32 | $552,831 |
| February 28, 2007 | Umetsu, Glenn T. | 8,212 | $67.32 | $552,831 |
| February 27, 2007 | Umetsu, Glenn T. | 665 | $67.32 | $44,767 |
| February 27, 2007 | Umetsu, Glenn T. | 7,388 | $67.32 | $497,360 |
| February 27, 2007 | Umetsu, Glenn T. | 7,388 | $67.32 | $497,360 |
| February 27, 2007 | Stephens, Leonard C. | 1,574 | $67.32 | $105,961 |
| February 27, 2007 | Irving, Robert J. | 1,574 | $67.32 | $105,961 |
| February 27, 2007 | Hutchenson, Stewart D. | 6,902 | $67.32 | $464,642 |
| December 12, 2006 | Luvisa, Dean M. | 4,233 | $57.46 | $243,228 |
| November 29, 2006 | Stephens, Leonard C. | 1,500 | $55.52 | $83,280 |
| November 15, 2006 | Stephens, Leonard C. | 2,530 | $55.01 | $139,175 |
| November 15, 2006 | Irving, Robert J. | 810 | $55.01 | $44,558 |
| November 15, 2006 | Davis, David D. | 169 | $55.01 | $9,296 |
| June 16, 2006 | Dondero, James D. | 19,148 | $0.42 | $8,042 |
| May 4, 2006 | Dondero, James D. | 25,000 | $45.64 | $1,141,000 |
| May 3, 2006 | Dondero, James D. | 50,000 | $46.01 | $2,300,500 |
| May 2, 2006 | Dondero, James D. | 50,000 | $45.21 | $2,260,500 |
| May 1, 2006 | Dondero, James D. | 50,000 | $45.46 | $2,273,000 |
| December 1, 2005 | Umetsu, Glenn T. | 1,940 | $38.23 | $74,166 |
| | **TOTAL:** | **952,384** | | **$70,907,272** |

**Applicability of Presumption of Reliance:**
**<u>Fraud On The Market Doctrine</u>**

67. At all relevant times, the market for Leap's securities was an efficient market for the following reasons, among others:

(a) Leap's securities met the requirements for listing, and were listed and actively

traded on NASDAQ, a highly efficient and automated market;

(b) As a regulated issuer, Leap filed periodic public reports with the SEC and NASDAQ;

(c) Leap regularly communicated with public investors via established market communication mechanisms, including through regular disseminations of press releases on the national circuits of major newswire services and through other wide-ranging public disclosures, such as communications with the financial press and other similar reporting services; and

(d) Leap was followed by several securities analysts employed by major brokerage firms who wrote reports which were distributed to the sales force and certain customers of their respective brokerage firms. Each of these reports was publicly available and entered the public marketplace.

68. As a result of the foregoing, the market for Leap's securities promptly digested current information regarding Leap from all publicly-available sources and reflected such information in the price of Leap's securities. Under these circumstances, all purchasers of Leap's securities during the Class Period suffered similar injury through their purchase of Leap's securities at artificially inflated prices and a presumption of reliance applies.

**NO SAFE HARBOR**

69. The statutory safe harbor provided for forward-looking statements under certain circumstances does not apply to any of the allegedly false statements pleaded in this Complaint. Many of the specific statements pleaded herein were not identified as "forward-looking statements" when made. To the extent there were any forward-looking statements, there were no meaningful cautionary statements identifying important factors that could cause actual results to differ materially from those in the purportedly forward-looking statements. Alternatively, to the extent that the statutory safe harbor does apply to any forward-looking statements pleaded herein, defendants are

liable for those false forward-looking statements because at the time each of those forward-looking statements was made, the particular speaker knew that the particular forward-looking statement was false, and/or the forward-looking statement was authorized and/or approved by an executive officer of Leap who knew that those statements were false when made.

**FIRST CLAIM**
**Violation of Section 10(b) of**
**The Exchange Act and Rule 10b-5**
**Promulgated Thereunder Against All Defendants**

70. Plaintiff repeats and realleges each and every allegation contained above as if fully set forth herein.

71. During the Class Period, defendants carried out a plan, scheme and course of conduct which was intended to and, throughout the Class Period, did: (i) deceive the investing public, including Plaintiff and other Class members, as alleged herein; and (ii) cause Plaintiff and other members of the Class to purchase Leap's securities at artificially inflated prices. In furtherance of this unlawful scheme, plan and course of conduct, defendants, and each of them, took the actions set forth herein.

72. Defendants (i) employed devices, schemes, and artifices to defraud; (ii) made untrue statements of material fact and/or omitted to state material facts necessary to make the statements not misleading; and (iii) engaged in acts, practices, and a course of business which operated as a fraud and deceit upon the purchasers of the Company's securities in an effort to maintain artificially high market prices for Leap's securities in violation of Section 10(b) of the Exchange Act and Rule 10b-5. All defendants are sued either as primary participants in the wrongful and illegal conduct charged herein or as controlling persons as alleged below.

73. Defendants, individually and in concert, directly and indirectly, by the use, means or instrumentalities of interstate commerce and/or of the mails, engaged and participated in a continuous course of conduct to conceal adverse material information about Leap's financial well-

being and prospects, as specified herein.

74. These defendants employed devices, schemes and artifices to defraud, while in possession of material adverse non-public information and engaged in acts, practices, and a course of conduct as alleged herein in an effort to assure investors of Leap's value and performance and continued substantial growth, which included the making of, or the participation in the making of, untrue statements of material facts and omitting to state material facts necessary in order to make the statements made about Leap and its business operations and future prospects in light of the circumstances under which they were made, not misleading, as set forth more particularly herein, and engaged in transactions, practices and a course of business which operated as a fraud and deceit upon the purchasers of Leap's securities during the Class Period.

75. Each of the Individual Defendants' primary liability, and controlling person liability, arises from the following facts: (i) the Individual Defendants were high-level executives and/or directors at the Company during the Class Period and members of the Company's management team or had control thereof; (ii) each of these defendants, by virtue of their responsibilities and activities as a senior officer and/or director of the Company, was privy to and participated in the creation, development and reporting of the Company's internal budgets, plans, projections and/or reports; (iii) each of these defendants enjoyed significant personal contact and familiarity with the other defendants and was advised of, and had access to, other members of the Company's management team, internal reports and other data and information about the Company's finances, operations, and sales at all relevant times; and (iv) each of these defendants was aware of the Company's dissemination of information to the investing public which they knew or recklessly disregarded was materially false and misleading.

76. The defendants had actual knowledge of the misrepresentations and omissions of material facts set forth herein, or acted with reckless disregard for the truth in that they failed to ascertain and to disclose such facts, even though such facts were available to them. Such defendants'

material misrepresentations and/or omissions were done knowingly or recklessly and for the purpose and effect of concealing Leap's financial well-being and prospects from the investing public and supporting the artificially inflated price of its securities. As demonstrated by defendants' overstatements and misstatements of the Company's financial well-being and prospects throughout the Class Period, defendants, if they did not have actual knowledge of the misrepresentations and omissions alleged, were reckless in failing to obtain such knowledge by deliberately refraining from taking those steps necessary to discover whether those statements were false or misleading.

77. As a result of the dissemination of the materially false and misleading information and failure to disclose material facts, as set forth above, the market price of Leap's securities was artificially inflated during the Class Period. In ignorance of the fact that market prices of Leap's securities were artificially inflated, and relying directly or indirectly on the false and misleading statements made by defendants, or upon the integrity of the market in which the securities trades, and/or in the absence of material adverse information that was known to or recklessly disregarded by defendants, but not disclosed in public statements by defendants during the Class Period, Plaintiff and the other members of the Class acquired Leap's securities during the Class Period at artificially high prices and were damaged thereby.

78. At the time of said misrepresentations and omissions, Plaintiff and other members of the Class were ignorant of their falsity, and believed them to be true. Had Plaintiff and the other members of the Class and the marketplace known the truth regarding the problems that Leap was experiencing, which were not disclosed by defendants, Plaintiff and other members of the Class would not have purchased or otherwise acquired their Leap securities, or, if they had acquired such securities during the Class Period, they would not have done so at the artificially inflated prices which they paid.

79. By virtue of the foregoing, defendants have violated Section 10(b) of the Exchange Act and Rule 10b-5 promulgated thereunder.

80. As a direct and proximate result of defendants' wrongful conduct, Plaintiff and the other members of the Class suffered damages in connection with their respective purchases and sales of the Company's securities during the Class Period.

**SECOND CLAIM**
**Violation of Section 20(a) of**
**The Exchange Act Against the Individual Defendants**

81. Plaintiff repeats and realleges each and every allegation contained above as if fully set forth herein.

82. The Individual Defendants acted as controlling persons of Leap within the meaning of Section 20(a) of the Exchange Act as alleged herein. By virtue of their high-level positions, and their ownership and contractual rights, participation in and/or awareness of the Company's operations and/or intimate knowledge of the false financial statements filed by the Company with the SEC and disseminated to the investing public, the Individual Defendants had the power to influence and control and did influence and control, directly or indirectly, the decision-making of the Company, including the content and dissemination of the various statements which Plaintiff contends are false and misleading. The Individual Defendants were provided with or had unlimited access to copies of the Company's reports, press releases, public filings and other statements alleged by Plaintiff to be misleading prior to and/or shortly after these statements were issued and had the ability to prevent the issuance of the statements or cause the statements to be corrected.

83. In particular, each of these defendants had direct and supervisory involvement in the day-to-day operations of the Company and, therefore, is presumed to have had the power to control or influence the particular transactions giving rise to the securities violations as alleged herein, and exercised the same.

84. As set forth above, Leap and the Individual Defendants each violated Section 10(b) and Rule 10b-5 by their acts and omissions as alleged in this Complaint. By virtue of their positions as controlling persons, the Individual Defendants are liable pursuant to Section 20(a) of the

Exchange Act. As a direct and proximate result of defendants' wrongful conduct, Plaintiff and other members of the Class suffered damages in connection with their purchases of the Company's securities during the Class Period.

**WHEREFORE**, Plaintiff prays for relief and judgment, as follows:

(a) Determining that this action is a proper class action under Rule 23 of the Federal Rules of Civil Procedure;

(b) Awarding compensatory damages in favor of Plaintiff and the other Class members against all defendants, jointly and severally, for all damages sustained as a result of defendants' wrongdoing, in an amount to be proven at trial, including interest thereon;

(c) Awarding Plaintiff and the Class their reasonable costs and expenses incurred in this action, including counsel fees and expert fees; and

(d) Such other and further relief as the Court may deem just and proper.

**JURY TRIAL DEMANDED**

Plaintiff hereby demands a trial by jury.

Dated: December 7, 2007

Respectfully submitted,

**BRODSKY & SMITH, LLC**

By: ______________________
Evan J. Smith (SBN 242352)
9595 Wilshire Blvd., Suite 900
Beverly Hills, CA 90212
(310) 300-8425
(310) 247-0147 (fax)
esmith@brodsky-smith.com

**SCHIFFRIN BARROWAY TOPAZ & KESSLER, LLP**
Richard A. Maniskas
D. Seamus Kaskela
280 King of Prussia Rd.
Radnor, PA 19087
(610) 667-7706
(610) 667-7056 (fax)
**Attorneys for Plaintiff**



PAGE 02/04 BRODSKY & SMITH, LLC 6109679029

**CERTIFICATION**

I, Devay Campbell, ("Plaintiff") declare, as to the claims asserted under the federal securities laws, that:

1. Plaintiff has reviewed the Complaint, and authorizes its filing.

2. Plaintiff did not purchase the security that is the subject of this action at the direction of Plaintiff's counsel or in order to participate in any private action.

3. Plaintiff is willing to serve as a representative party on behalf of the class, either individually or as part of a group, including providing testimony at deposition and trial, if necessary.

4. Plaintiff's purchase and sale transaction(s) in the Leap Wireless International, Inc. (NASDAQ: LEAP) security that is the subject of this action during the Class Period is/are as follows:

| Type of Security (common stock, preferred, option, or bond) | Number of Shares | Bought (B) | Sold (S) | Date | Price per share |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| See | Attached | | | | |
| | | | | | |
| | | | | | |

(Please list additional purchase and sale information on a separate sheet of paper, if necessary)

5. Plaintiff has complete authority to bring a suit to recover for investment losses on behalf of purchasers of the subject securities described herein (including plaintiff, any co-owners, any corporations or other entities, and/or any beneficial owners).

6. During the three years prior to the date of this Certification, Plaintiff has not sought to serve or served as a representative party for a class in an action filed under the federal securities laws except as described below: ____

7. Plaintiff will not accept any payment for serving as a representative party on behalf of the class beyond the Plaintiff's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class as ordered or approved by the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 6 day of December, 2007

[signature]

DEVAY CAMPBELL

12/07/2007 13:03 6106679029 BRODSKY & SMITH, LLC PAGE 03/04

NO.540 P003

12012236.TIF-12/7/2007 PM 08:04 AM

| | | | | | | |
|---|---|---|---|---|---|---|
| Leap Wireless International | 4 4500 | 37 92 | $100 74 | $205 00 | $120 26 | -47 00 |

Transaction History: Leap Wireless International (NASDAQ GS: LEAP)

| Date | Activity | Quantity | Price | Commission | Total Cost |
|---|---|---|---|---|---|
| 07/03/07 | Buy | 0 6082 | 08 56 | $0 00 | $45 00 |
| 06/05/07 | Buy | 0 5261 | 86 63 | $0 00 | $45 00 |
| 05/01/07 | Buy | 0 5080 | 76 45 | $0 00 | $45 00 |
| 04/03/07 | Buy | 0 2098 | 67 07 | $0 00 | $20 00 |
| 03/06/07 | Buy | 0 0913 | 65 56 | $4 00 | $10 00 |
| 02/06/07 | Buy | 0.0900 | 66 10 | $4 00 | $10 00 |
| 11/07/06 | Buy | 0.3201 | 56 23 | $2 00 | $20 00 |
| 10/03/06 | Buy | 0 3821 | 47 11 | $2 00 | $20 00 |
| 09/05/06 | Buy | 0.3910 | 46 07 | $2 00 | $20 00 |
| 08/01/06 | Buy | 0.4148 | 43 39 | $2 00 | $20 00 |
| 07/06/06 | Buy | 0.3912 | 46 01 | $2 00 | $20 00 |
| 06/06/06 | Buy | 0 4484 | 44 60 | $0 00 | $20 00 |

**UNITED STATES**
**DISTRICT COURT**
SOUTHERN DISTRICT OF CALIFORNIA
SAN DIEGO DIVISION

**# 145280 - SR**

**December 07, 2007**
**15:21:42**

**Civ Fil Non-Pris**
USAO #.: 07CV2297 CIV. FIL.
Judge..: MARILYN L HUFF
Amount.: $350.00 CK
Check#.: BC#3005687

**Total-> $350.00**

FROM: CAMPBELL V. LEAP WIRELESS
CIV. FIL.

ORIGINAL

JS 44 (Rev. 11/04)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

FILED

07 DEC -7 PM 3:18

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY FAX

**I. (a) PLAINTIFFS**

DEVAY CAMPBELL, individually and on behalf of all others similarly situated

(b) County of Residence of First Listed Plaintiff: Forsyth
(EXCEPT IN U.S. PLAINTIFF CASES)

(c) Attorney's (Firm Name, Address, and Telephone Number)

Evan Smith, Brodsky & Smith, LLC, 9595 Wilshire Blvd., Ste. 900, Beverly Hills, CA 90212 310 300 8425

**DEFENDANTS**

LEAP WIRELESS INTERNATIONAL, INC., et al.

'07CV 2297 H (AJB)

County of Residence of First Listed Defendant: San Diego
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

Attorneys (If Known)

**II. BASIS OF JURISDICTION** (Place an "X" in One Box Only)

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. NATURE OF SUIT** (Place an "X" in One Box Only)

**CONTRACT**
- ☐ 110 Insurance
- ☐ 120 Marine
- ☐ 130 Miller Act
- ☐ 140 Negotiable Instrument
- ☐ 150 Recovery of Overpayment & Enforcement of Judgment
- ☐ 151 Medicare Act
- ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans)
- ☐ 153 Recovery of Overpayment of Veteran's Benefits
- ☐ 160 Stockholders' Suits
- ☐ 190 Other Contract
- ☐ 195 Contract Product Liability
- ☐ 196 Franchise

**REAL PROPERTY**
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent Lease & Ejectment
- ☐ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

**TORTS**

PERSONAL INJURY
- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☐ 320 Assault, Libel & Slander
- ☐ 330 Federal Employers' Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☐ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☐ 360 Other Personal Injury

PERSONAL INJURY
- ☐ 362 Personal Injury - Med. Malpractice
- ☐ 365 Personal Injury - Product Liability
- ☐ 368 Asbestos Personal Injury Product Liability

PERSONAL PROPERTY
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

**CIVIL RIGHTS**
- ☐ 441 Voting
- ☐ 442 Employment
- ☐ 443 Housing/ Accommodations
- ☐ 444 Welfare
- ☐ 445 Amer. w/Disabilities - Employment
- ☐ 446 Amer. w/Disabilities - Other
- ☐ 440 Other Civil Rights

**PRISONER PETITIONS**
- ☐ 510 Motions to Vacate Sentence
- Habeas Corpus:
- ☐ 530 General
- ☐ 535 Death Penalty
- ☐ 540 Mandamus & Other
- ☐ 550 Civil Rights
- ☐ 555 Prison Condition

**FORFEITURE/PENALTY**
- ☐ 610 Agriculture
- ☐ 620 Other Food & Drug
- ☐ 625 Drug Related Seizure of Property 21 USC 881
- ☐ 630 Liquor Laws
- ☐ 640 R.R. & Truck
- ☐ 650 Airline Regs.
- ☐ 660 Occupational Safety/Health
- ☐ 690 Other

**LABOR**
- ☐ 710 Fair Labor Standards Act
- ☐ 720 Labor/Mgmt. Relations
- ☐ 730 Labor/Mgmt.Reporting & Disclosure Act
- ☐ 740 Railway Labor Act
- ☐ 790 Other Labor Litigation
- ☐ 791 Empl. Ret. Inc. Security Act

**BANKRUPTCY**
- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

**PROPERTY RIGHTS**
- ☐ 820 Copyrights
- ☐ 830 Patent
- ☐ 840 Trademark

**SOCIAL SECURITY**
- ☐ 861 HIA (1395ff)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g))
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g))

**FEDERAL TAX SUITS**
- ☐ 870 Taxes (U.S. Plaintiff or Defendant)
- ☐ 871 IRS—Third Party 26 USC 7609

**OTHER STATUTES**
- ☐ 400 State Reapportionment
- ☐ 410 Antitrust
- ☐ 430 Banks and Banking
- ☐ 450 Commerce
- ☐ 460 Deportation
- ☐ 470 Racketeer Influenced and Corrupt Organizations
- ☐ 480 Consumer Credit
- ☐ 490 Cable/Sat TV
- ☐ 810 Selective Service
- ☒ 850 Securities/Commodities/ Exchange
- ☐ 875 Customer Challenge 12 USC 3410
- ☐ 890 Other Statutory Actions
- ☐ 891 Agricultural Acts
- ☐ 892 Economic Stabilization Act
- ☐ 893 Environmental Matters
- ☐ 894 Energy Allocation Act
- ☐ 895 Freedom of Information Act
- ☐ 900Appeal of Fee Determination Under Equal Access to Justice
- ☐ 950 Constitutionality of State Statutes

**V. ORIGIN** (Place an "X" in One Box Only)

☒ 1 Original Proceeding ☐ 2 Removed from State Court ☐ 3 Remanded from Appellate Court ☐ 4 Reinstated or Reopened ☐ 5 Transferred from another district (specify) ☐ 6 Multidistrict Litigation ☐ 7 Appeal to District Judge from Magistrate Judgment

**VI. CAUSE OF ACTION**

Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity): Securities Class Action - 15 USC Sec. 78

Brief description of cause: Securities Class Action

**VII. REQUESTED IN COMPLAINT:** ☒ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23 **DEMAND $** CHECK YES only if demanded in complaint: **JURY DEMAND:** ☒ Yes ☐ No

**VIII. RELATED CASE(S) IF ANY** (See instructions): JUDGE Moskowitz DOCKET NUMBER 07cv2245

DATE 12/07/2007 SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT # 145280 AMOUNT 350. APPLYING IFP JUDGE MAG. JUDGE

12/7/07 [signature]