Summons in a Civil Action (Rev 11/97)

FILED

07 DEC -7 PM 3:33

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: [signature] DEPUTY

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

Devay Campbell, Individually and On Behalf of All Others Similarly Situated

vs

LEAP WIRELESS INTERNATIONAL, INC., S. DOUGLAS HUTCHIESON, MARK H. RACHESKY, AMIN I. KHALIFA, GLENN UMETSU and DEAN M. LUVISA,

**SUMMONS IN A CIVIL ACTION**

Case No.

'07 CV 2297 H (AJB)

TO: (Name and Address of Defendant)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Evan J. Smith (SBN242352) / Brodsky & Smith, LLC
9595 Wilshire Boulevard, Suite 900
Beverly Hills, CA 90212 877-534-2590

An answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.
CLERK

12/07/07
DATE

By J. Hinkle, Deputy Clerk

SEAL

Summons in a Civil Action



::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)



1201229711P-12/7/2007 PM 08:03AM

**RIDER TO SUMMONS**

DEFENDANTS:

LEAP WIRELESS INTERNATIONAL, INC.,

S. DOUGLAS HUTCHESON,

MARK H. RACHESKY,

AMIN I. KHALIFA,

GLENN UMETSU and

DEAN M. LUVISA,

All above named Defendants C/O
LEAP WIRELESS INTERNATIONAL, INC.
10307 Pacific Center Court,
San Diego, California 92121