ORIGINAL

FILED
07 DEC 12 PM 3:41
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: [signature] DEPUTY

Evan J Smith, Bar No: (SBN 242352) (610) 667-6200
BRODSKY & SMITH, LLC
Two Bala Plaza, Suite 602
Bala Cynwyd, PA 19004
Representing: Plaintiff

File No.Leap Wireless

United States District Court

Southern District of California

BY FAX

| | |
|---|---|
| Campbell<br><br>Plaintiff/Petitioner<br>vs.<br><br>Leap Wireless International<br><br>Defendant/Respondent | Case No: 07CV 2297 HAJB<br><br>Proof of Service of:<br>Civil Case Cover Sheet, Summons and Rider to Summons, Complaint |

Service on:

Leap Wireless International, Inc.

Hearing Date:

Hearing Time:

Div/Dept:

PROOF OF SERVICE

FF# 6652970

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): Evan J Smith, (SBN 242352) BRODSKY & SMITH, LLC Two Bala Plaza, Suite 602 Bala Cynwyd, PA 19004 ATTORNEY FOR (Name): Plaintiff | TELEPHONE NO.: (610) 667-6200 Ref. No. or File No. Leap Wireless | FOR COURT USE ONLY |
|---|---|---|
| Insert name of court, judicial district or branch court, if any: United States District Court 880 Front St. Rm. 4290 San Diego, CA 92101-8900 | | |
| PLAINTIFF: Campbell | | |
| DEFENDANT: Leap Wireless International | | |

| PROOF OF SERVICE | DATE: | TIME: | DEPT/DIV: | CASE NUMBER: 07CV 2297 HAJB |
|---|---|---|---|---|

1. At the time of service I was a citizen of the United States, over 18 years of age and not a party to this action, and I served copies of:
Civil Case Cover Sheet, Summons and Rider to Summons, Complaint

BY FAX

2. Party Served: Leap Wireless International, Inc.

3. Person Served: CSC Corp - Kaci Taylor - Person authorized to accept service of process

4. Date & Time of Delivery: December 10, 2007 2:09 pm

5. Address, City and State: 2730 GATEWAY OAKS DR STE 100
SACRAMENTO, CA 95833

6. Manner of Service: Personal Service - By personally delivering copies.

Fee for Service: $ 14.95

Registered California process server.
County: SACRAMENTO
Registration No.:2006-06
Expiration: February 13, 2008

One Legal, Inc.
504 Redwood Blvd #223
Novato, CA 94947
415-491-0606

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that this declaration was executed on December 12, 2007 at Sacramento, California.

Signature: ______________________
Tyler Dimaria

FF# 6652870
12012262.tif - 12/12/2007 2:59:25 PM