# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

DEVAY CAMPBELL, Individually and On Behalf of All Others Similarly Situated
Plaintiff,

FILED
07 DEC 17 AM 11:29
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: DEPUTY

v.

LEAP WIRELESS INTERNATIONAL, INC., S. Douglas Hutcheson, Mark H. Rachesky, Amin I. Khalifa, Glenn Umetsu and Dean M. Luvisa
Defendant

No. 07-CV-2297

**REPORT OF CLERK AND ORDER OF TRANSFER PURSUANT TO "LOW-NUMBER" RULE.**

**REPORT OF CLERK PURSUANT TO LOW NUMBER RULE**

Re: "Low Numbered" Case No. 07-CV-2245

Title: HCL Partners Llimited Partnership v. Leap Wireless International, Inc.

Nature of Case: 850 Securities/Commodities

The above "low numbered" case and the present case appear

x (1) to arise from the same or substantially identical transactions, happenings or events; or

x (2) involve the same or substantially the same parties or property; or

___ (3) involve the same patent or trademark or different patents or trademarks covering the same or substantially identical things; or

x (4) call for determination of the same or substantially identical questions of law; or

___ (5) where a case is refiled within one year of having previously been terminated by the Court; or

x (6) for other reasons would entail unnecessary duplication of labor if heard by different judges.

New Case #: 07-CV-2297 BTM (NLS)

This case was transferred pursuant to the Low Number Rule. The related cases have been assigned to the same judge and magistrate judge but they are NOT CONSOLIDATED at this point; all pleadings must still be filed separately in each case.

**W. Samuel Hamrick, Jr.**, Clerk of Court ,

DATED: December 14, 2007 By: T. Mason

(By) Deputy, T. Mason

ORDER OF TRANSFER PURSUANT TO "LOW NUMBER" RULE

I hereby consent to transfer of the above-entitled case to my calendar pursuant to Local Rule 40.1, Transfer of Civil Cases under the "Low Number" Rule.

DATED: 12-14-07

Barry Ted Moskowitz
United States District Judge

It appearing that the above-entitled case is properly transferable in accordance with the provisions of the "Low Number" Rule, IT IS HEREBY ORDERED that this case is transferred to the calendar of Judge Barry Ted Moskowitz and Magistrate Judge Nita L. Stormes for all further proceedings.

DATED: 12/14/07

Marilyn L. Huff
United States District Judge