ORIGINAL

FILED

2007 DEC 17 PM 3:46

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY KNH DEPUTY

Evan J Smith, Bar No: (SBN 242352) (610) 667-6200
BRODSKY & SMITH, LLC
Two Bala Plaza, Suite 602
Bala Cynwyd, PA 19004

Representing: Plaintiff File No.Leap Wireless

United States District Court

Southern District of California

BY FAX

| | |
|---|---|
| Campbell, et al.<br><br>Plaintiff/Petitioner<br>vs<br><br>Leap Wireless International, Inc., et al.<br><br>Defendant/Respondent | Case No: 07CV 2297 H(AJB)<br><br>Proof of Service of:<br>Civil Case Cover Sheet, Summons and Rider to Summons, Complaint |

Service on:

Dean M. Luvisa

Hearing Date:

Hearing Time:

Div/Dept:



FF# 6652975

POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):* | *FOR COURT USE ONLY* |
|---|---|
| Evan J Smith, (SBN 242352)<br>BRODSKY & SMITH, LLC<br>Two Bala Plaza, Suite 602<br>Bala Cynwyd, PA 19004<br>TELEPHONE NO.: (610) 667-6200<br>ATTORNEY FOR *(Name)*: Plaintiff | |
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF<br>United States District Court<br>880 Front St. Rm. 4290<br>San Diego, CA 92101-8900 | |
| PLAINTIFF/PETITIONER: Campbell, et al.<br>DEFENDANT/RESPONDENT: Leap Wireless International, Inc., et al. | CASE NUMBER:<br>07CV 2297 H(AJB) |
| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.:<br>Leap Wireless |

1. At the time of service I was a citizen of the United States, at least 18 years of age and not a party to this action.
2. I served copies of: Civil Case Cover Sheet, Summons and Rider to Summons, Complaint

BY FAX

3. a. Party served: Dean M. Luvisa

   b. Person Served: Jane Doe (F/Hisp/30yo/115lbs/5'4"/Br Hr/Br Ey) - Person in Charge of Office
4. Address where the party was served: 10307 Pacific Center Court
   San Diego, CA 92121
5. I served the party
   b. **by substituted service.** On (date): December 13, 2007 at (time): 9:35 am I left the documents listed in item 2 with or in the presence of: Jane Doe (F/Hisp/30yo/115lbs/5'4"/Br I
      (1) **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.
      (4) A declaration of mailing is attached.
      (5) I attach a declaration of diligence stating actions taken first to attempt personal service.
6. The "Notice to the Person Served" (on the summons) was completed as follows:
   a. as an individual defendant.

7. **Person who served papers**
   a. Name: Rene Lozano
   b. Address: One Legal, Inc. - 132-Marin
      504 Redwood Blvd #223
      Novato, CA 94947
   c. Telephone number: 415-491-0606
   d. The fee for service was: $: 92.50
   e. I am:
      (3) registered California process server.
         (i) Employee or independent contractor.
         (ii) Registration No. 959
         (iii) County SAN DIEGO
8. I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Date: December 14, 2007

Rene Lozano
(NAME OF PERSON WHO SERVED PAPERS)

(SIGNATURE)

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name and Address)*: Evan J Smith, (SBN 242352)<br>BRODSKY & SMITH, LLC<br>Two Bala Plaza, Suite 602<br>Bala Cynwyd, PA 19004<br>ATTORNEY FOR *(Name)*: Plaintiff | TELEPHONE NO.: (610) 667-6200<br>Ref. No. or File No. Leap Wireless | FOR COURT USE ONLY |
|---|---|---|
| Insert name of court, judicial district or branch court, if any:<br>United States District Court<br>880 Front St. Rm. 4290<br>San Diego, CA 92101-8900 | | |
| PLAINTIFF:<br>Campbell, et al. | | |
| DEFENDANT:<br>Leap Wireless International, Inc., et al. | | |
| **DECLARATION OF DILIGENCE** | | CASE NUMBER:<br>07CV 2297 H(AJB) |

I received the within process on December 7, 2007 and that after due and diligent effort I have been unable to personally serve said party. The following itemization of the dates and times of attempts details the efforts required to effect personal service. Additional costs for diligence are recoverable under CCP §1033.5 (a)(4)(B).

PARTY SERVED: Dean M. Luvisa BY FAX

(1) BUSINESS: Leap Wireless International, I 10307 Pacific Center Court, San Diego, CA 92121

As enumerated below:

December 11, 2007 04:35 PM at address (1) above. Not in..
December 12, 2007 01:10 PM at address (1) above. Not in..
December 13, 2007 09:35 AM at address (1) above. Not in..

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that this declaration was executed on December 14, 2007 at Los Angeles,

Registered California process server.
County: SAN DIEGO
Registration No.: 959
Expiration: February 11, 2009

Rene Lozano
One Legal, Inc.
504 Redwood Blvd #223

Rene Lozano

FF# 6652975

ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address):
Evan J Smith, (SBN 242352)
BRODSKY & SMITH, LLC
Two Bala Plaza, Suite 602
Bala Cynwyd, PA 19004
TELEPHONE NO.: (610) 667-6200
ATTORNEY FOR (Name): Plaintiff

Ref. No. or File No.: Leap Wireless

FOR COURT USE ONLY

Insert name of court, judicial district or branch court, if any:

United States District Court
880 Front St. Rm. 4290
San Diego, CA 92101-8900

PLAINTIFF:

Campbell, et al.

DEFENDANT:

Leap Wireless International, Inc., et al.

**PROOF OF SERVICE BY MAIL**

CASE NUMBER: 07CV 2297 H(AJB)

I am a citizen of the United States, over the age of 18 and not a party to the within action. My business address is 504 Redwood Blvd #223, Novato, CA 94947.

On December 14, 2007, after substituted service under section CCP 415.20(a) or 415.20(b) or FRCIV.P 4(d)(1) was made, I mailed copies of the:

Civil Case Cover Sheet, Summons and Rider to Summons, Complaint BY FAX

to the person to be served at the place where the copies were left by placing a true copy thereof enclosed in a sealed envelope, with First Class postage thereon fully prepaid, in the United States Mail at Los Angeles, CA, California, addressed as follows:

Dean M. Luvisa
10307 Pacific Center Court
San Diego, CA 92121

I am readily familiar with the firm's practice for collection and processing of documents for mailing. Under that practice, it would be deposited within the United States Postal Service, on that same day, with postage thereon fully prepaid, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

Fee for Service: $: 92.50

Anthony Espinosa
One Legal, Inc.
504 Redwood Blvd #223
Novato, CA 94947

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that this declaration was executed on December 14, 2007 at Los Angeles,

Anthony Espinosa

FF# 6652975