LATHAM & WATKINS LLP
Miles N. Ruthberg (Bar No. 086742)
miles.ruthberg@lw.com
Pamela S. Palmer (Bar No. 107590)
pamela.palmer@lw.com
633 West Fifth Street, Suite 4000
Los Angeles, California 90071-2007
Telephone: +1.213.485.1234
Facsimile: +1.213.891.8763

LATHAM & WATKINS LLP
Kimberly Arouh Hicks (Bar No. 163285)
kimberly.hicks@lw.com
Jake Ryan (Bar No. 211899)
jake.ryan@lw.com
600 West Broadway, Suite 1800
San Diego, California 92101-3375
Telephone: +1.619.236.1234
Facsimile: +1.619.696.7419

Attorneys for Defendant
Leap Wireless International, Inc.

Additional Counsel Listed on Signature Page

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HCL PARTNERS LIMITED PARTNERSHIP, On Behalf of Itself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>LEAP WIRELESS INTERNATIONAL, INC., S. DOUGLAS HUTCHESON, MARK H. RACHESKY, AMIN I. KHALIFA, and PRICEWATERHOUSECOOPERS<br><br>Defendants. | CLASS ACTION NO. 07 CV 2245 BTM (NLS)<br><br>**JOINT MOTION REGARDING EXTENSION OF TIME FOR RESPONSE TO COMPLAINT AND ADDITIONAL FILING PERIODS**<br><br>The Honorable Barry T. Moskowitz, United States District Court Judge |

CASE CAPTIONS CONTINUED ON NEXT PAGE

| | |
|---|---|
| FRANK CHAREK, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>LEAP WIRELESS INTERNATIONAL, INC., S. DOUGLAS HUTCHESON, MARK H. RACHESKY, AMIN I. KHALFIA, GLENN UMETSU and DEAN M. LUVISA,<br><br>Defendants. | CLASS ACTION NO. 07 CV 2256 BTM (NLS) |
| DEVAY CAMPBELL, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>LEAP WIRELESS INTERNATIONAL, INC. S. DOUGLAS HUTCHESON, MARK H. RACHESKY, AMIN I. KHALFA, GLENN UMETSU and DEAN M. LUVISA,<br><br>Defendants. | CLASS ACTION NO. 07 CV 2297 BTM (NLS) |

WHEREAS, the parties have conferred regarding the time in which Defendants must respond to the above-captioned actions;

WHEREAS, after the first-captioned action was filed, *HCL Partners LLC v. Leap Wireless International Inc.*, Case No. 07CC2245 (November 27, 2007) ("*HCL Partners*"), the next-captioned actions were filed in the United States District Court for the Southern District of California concerning the same federal subject matter and substantially similar claims, *Frank Charek v. Leap Wireless International, Inc.*, Case No. 07 CV 2256 (November 29, 2007) ("*Charek*"); and *Devay Campbell v. Leap Wireless International, Inc*, Case No. 07 CV 2297 (December 7, 2007) ("*Campbell*");

WHEREAS, the *Charek* action (initially assigned to Judge Sabraw) and the *Campbell* action (initially assigned to Judge Huff) were transferred to Judge Moskowitz pursuant the "Low Number" Rule on December 13, 2007 and December 14, 2007;

WHEREAS, these actions are governed by the Private Securities Litigation Reform Act ("PSLRA") and are subject to motions for consolidation and for the appointment of a lead plaintiff and approval of lead plaintiff's selection of counsel prior to the filing of a Consolidated Complaint (15 U.S.C. § 78u-4(a)(3));

THEREFORE, the undersigned counsel jointly move for an order stating that:

1. The Defendants need not respond to the complaints filed in the above-captioned matters until after the matters are consolidated, a Lead Plaintiff is appointed, Lead Plaintiff's counsel is approved, and Lead Plaintiff files a Consolidated Complaint.

2. Absent further stipulation of the parties and order of the Court:

a. The Lead Plaintiff shall have 45 days after appointment to file and serve a Consolidated Complaint;

b. Defendants shall have 45 days in which to file and serve a motion to dismiss or otherwise respond to the Consolidated Complaint;

c. The Lead Plaintiff shall have 45 days after defendants' motion to dismiss to file and serve an opposition; and

d. Defendants shall have 30 days after Lead Plaintiff's opposition to file and serve a reply.

Dated: December 28, 2007

By /s/ Kimberly Arouh Hicks

Kimberly Arouh Hicks (Bar No. 163285)
E-mail: kimberly.hicks@lw.com

LATHAM & WATKINS LLP
600 West Broadway, Suite 1800
San Diego, California 92101-3375
Telephone: +1.619.236.1234
Facsimile: +1.619.696.7419

Miles N. Ruthberg (Bar No. 086742)
Pamela S. Palmer (Bar No. 107590)
633 West Fifth Street, Suite 4000
Los Angeles, California 90071-2007
Telephone: +1.213.485.1234
Facsimile: +1.213.891.8763

Attorneys for Defendant Leap Wireless International, Inc.

Dated: December 28, 2007

By *Michael Goldberg by KAH*

Michael Goldberg
GLANCY BINKOW & GOLDBERG LLP
E-mail: info@glancylaw.com

Lionel Z. Glancy
Michael Goldberg
1801 Avenue of the Stars, Suite 311
Los Angeles, CA 90067
Telephone: +310.201.9150
Facsimile: +310.201.9160

SCHOENGOLD SPORN LAITMAN & LOMETTI, P.C.
Joel P. Laitman (JL-8177)
Christopher Lometti (CL-9124)
Jay P. Saltzman (JS-7335)
Ashley Kim (AK-0105)
Frank R. Schittipa (FS-1960)
Daniel B. Rehns (DR-5506)
19 Fulton Street, Suite 406
New York, New York 10038
Telephone: +212.964.0046
Facsimile: +212.267.8137

DAVIDOFF MALITO & HUTCHER, LLP
Ralph E. Preite, Esq.
605 Third Avenue
New York, New York 10158
Telephone: +212.557.7200
Facsimile: +212.286.1884

Attorneys for Plaintiff HCL Partners Limited Partnership

Dated: December 28, 2007

By ____________________
Ramzi Abadou
COUGHLIN STOIA GELLER RUDMAN &ROBBINS LLP

Darren J. Robbins (Bar No. 168593)
David C. Walton (Bar No. 167268)
Catherine J. Kowalewski (Bar No. 216665)
Ramzi Abadou (Bar No. 222567)

655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: +619.231.1058
Facsimile: +619.231.7423

Attorneys for Plaintiff Frank Charek

Dated: December 28, 2007

By /s/ Evan Smith
Evan Smith
BRODSKY & SMITH, LLC
E-mail: esmith@brodsky-smith.com
Evan J. Smith (Bar No. 242352)
9595 Wilshire Blvd., Suite 900
Beverly Hills, CA 90212
Telephone: +310.300.8425
Facsimile: +310.247.0147

-and-

SCHIFFRIN BARROWAY TOPAZ & KESSLER, LP

Richard A. Maniskas
D. Seamus Kaskela
280 King of Prussia Rd.
Radnor, PA 19087
Telephone: +610.667.7706
Facsimile: +610.667.7056

Attorneys for Plaintiff Devay Campbell