Joseph J. Tabacco, Jr. (75484)
Email: jtabacco@bermanesq.com
Nicole Lavallee (165755)
Email: nlavallee@bermanesq.com
Julie J. Bai (227047)
Email: jbai@bermanesq.com
**BERMAN DeVALERIO PEASE TABACCO BURT & PUCILLO**
425 California Street, 21st Floor
San Francisco, CA 94104
Telephone: (415) 433-3200
Facsimile: (415) 433-6382

**Attorneys for Proposed Lead Plaintiff Louisiana Municipal Police Employees' Retirement System**

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| HCL PARTNERS LIMITED PARTNERSHIP, on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>LEAP WIRELESS INTERNATIONAL, INC., S. DOUGLAS HUTCHESON, DEAN M. LUVISA, AMIN I. KHALIFA and PRICEWATERHOUSECOOPERS LLP,<br><br>Defendants. | No. 07-CV-02245-BTM-NLS<br><br>CLASS ACTION<br><br>**CERTIFICATE OF SERVICE** |

**CAPTION CONTINUES ON NEXT PAGE**

| | |
|---|---|
| FRANK CHAREK, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>LEAP WIRELESS INTERNATIONAL, INC., S. DOUGLAS HUTCHESON, MARK H. RACHESKY, AMIN I. KHALIFA, GLENN UMETSU and DEAN M. LUVISA,<br><br>Defendants. | No. 07-CV-2256-BTM-NLS<br><br>CLASS ACTION |
| DEVAY CAMPBELL, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>LEAP WIRELESS INTERNATIONAL, INC., S. DOUGLAS HUTCHESON, MARK H. RACHESKY, AMIN I. KHALIFA, GLENN UMETSU and DEAN M. LUVISA,<br><br>Defendants. | No. 07-CV-2297-BTM-NLS<br><br>CLASS ACTION |
| KENT CARMICHAEL, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>LEAP WIRELESS INTERNATIONAL, INC., S. DOUGLAS HUTCHESON, MARK H. RACHESKY, AMIN I. KHALIFA, and DEAN M. LUVISA,<br><br>Defendants. | No. 08-CV-0128-BTM<br><br>CLASS ACTION |

**CERTIFICATE OF SERVICE**

I, Tyler Kelly, declare that I am over the age of 18 years and not a party to this action. My business address is 425 California Street, Suite 2100, San Francisco, California 94104. On January 28, 2008, I served the following documents:

1. NOTICE OF MOTION AND MOTION OF LOUISIANA MUNICIPAL POLICE EMPLOYEES' RETIREMENT SYSTEM TO CONSOLIDATE RELATED ACTIONS, FOR APPOINTMENT AS LEAD PLAINTIFF AND FOR APPROVAL OF LEAD PLAINTIFF'S SELECTION OF LEAD COUNSEL;

2. MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF THE MOTION OF LOUISIANA MUNICIPAL POLICE EMPLOYEES' RETIREMENT SYSTEM TO CONSOLIDATE RELATED ACTIONS, FOR APPOINTMENT AS LEAD PLAINTIFF AND FOR APPROVAL OF LEAD PLAINTIFF'S SELECTION OF LEAD COUNSEL;

3. DECLARATION OF NICOLE LAVALLEE IN SUPPORT OF THE LOUISIANA MUNICIPAL POLICE EMPLOYEES' RETIREMENT SYSTEM'S MOTION FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD COUNSEL;

4. ORDER GRANTING THE LOUISIANA MUNICIPAL POLICE EMPLOYEES' RETIREMENT SYSTEM'S MOTION FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF LEAD COUNSEL

on the following parties, by placing same in sealed envelopes, addressed as shown below, affixing proper first class postage, and depositing them in the United States Mail at San Francisco, California:

**GLANCY BINKOW & GOLDBERG LLP**
One Embarcadero Center, Suite 760
San Francisco, CA 94111

Lionel Z. Glancy
**GLANCY BINKOW & GOLDBERG LLP**
1801 Avenue of the Stars, Suite 311
Los Angeles, CA 90067

Joel P. Laitman
Christopher Lometti
Jay P. Saltzman
Ashley Kim
Frank R. Schirripa
Daniel B. Rehns
**SCHOENGOLD SPORN LAITMAN & LOMETTI, P.C.**
19 Fulton Street, Suite 406
New York, NY 10038

Ralph E. Preite
**DAVIDOFF MALITO & HUTCHER LLP**
605 Third Avenue
New York, NY 10158

***Counsel for HCL Partners Limited Partnership***

**COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP**
100 Pine Street, Suite 2600
San Francisco, CA 94111

Darren J. Robbins
David C. Walton
Catherine J. Kowalewski
**COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP**
655 West Broadway, Suite 1900
San Diego, CA 92101

***Counsel for Frank Charek***

Evan J. Smith
**BRODSKY & SMITH, LLC**
9595 Wilshire Boulevard, Suite 900
Beverly Hills, CA 90212

Richard A. Maniskas
D. Seamus Kaskela
**SCHIFFRIN BARROWAY TOPAZ & KESSLER, LLP**
280 King of Prussia Road
Radnor, PA 19087

***Counsel for Devay Campbell***

Laurence D. King
**KAPLAN FOX & KILSHEIMER LLP**
350 Sansome Street, Suite 400
San Francisco, CA 94104

Lori S. Brody
**KAPLAN FOX & KILSHEIMER LLP**
1801 Century Park East, Suite 1460
Los Angeles, CA 90067

Joel B. Strauss
Jeffrey P. Campisi
**KAPLAN FOX & KILSHEIMER LLP**
850 Third Avenue
New York, NY 10022

Richard A. Lockridge
Karen Hanson Riebel
Nathan D. Prosser
**LOCKRIDGE GRINDAL NAUEN PLLP**
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401

***Counsel for Kent Carmichael***

**LATHAM AND WATKINS**
505 Montgomery Street, Suite 2000
San Francisco, CA 94111-6538

Kimberly A. Hicks
**LATHAM AND WATKINS**
600 West Broadway, Suite 1800
San Diego, CA 92101-3375

***Counsel for Leap Wireless International, Inc.***

Keith Eggleton
**WILSON SONSINI GOODRICH & ROSATI**
650 Page Mill Road
Palo Alto, CA 94304-1500

***Counsel for Hutcheson, Rachesky, Khalifa, Umetsu, & Luvisa***

///

///

I declare under penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct

Executed at San Francisco, California, on January 28, 2008.

Tyler Kelly