KEITH E. EGGLETON, State Bar No.159842
keggleton@wsgr.com
DIANE M. WALTERS, State Bar No. 148136
dwalters@wsgr.com
L. DAVID NEFOUSE, State Bar No. 243417
dnefouse@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, California 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100

Attorneys for Defendants
S. DOUGLAS HUTCHESON, MARK H. RACHESKY, AMIN I. KHALIFA, GLENN UMETSU, and DEAN M. LUVISA

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HCL PARTNERS LIMITED PARTNERSHIP, On Behalf of Itself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>LEAP WIRELESS INTERNATIONAL, INC., S. DOUGLAS HUTCHESON, DEAN M. LUVISA, AMIN I. KHALIFA and PRICEWATERHOUSECOOPERS, LLP.<br><br>Defendants. | CASE NO. 07-CV-2245-BTM-NLS<br><br><u>CLASS ACTION</u><br><br>**NOTICE OF APPEARANCE**<br><br>The Honorable Barry T. Moskowitz, United States District Court Judge |

**CAPTION CONTINUES ON NEXT PAGE**

| | |
|---|---|
| DEVAY CAMPBELL, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>LEAP WIRELESS INTERNATIONAL, INC., S. DOUGLAS HUTCHESON, MARK H. RACHESKY, AMIN I. KHALIFA, GLENN UMETSU and DEAN M. LUVISA,<br><br>Defendants. | CASE NO. 07-CV-2297-BTM-NLS<br><br><u>CLASS ACTION</u> |
| KENT CARMICHAEL, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>LEAP WIRELESS INTERNATIONAL, INC., S. DOUGLAS HUTCHESON, MARK H. RACHESKY, AMIN I. KHALIFA, and DEAN M. LUVISA,<br><br>Defendants. | CASE NO. 08-CV-0128-BTM-NLS<br><br><u>CLASS ACTION</u> |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Keith E. Eggleton, Diane M. Walters, and L. David Nefouse of Wilson Sonsini Goodrich & Rosati hereby enter their appearances as counsel of record for defendants S. Douglas Hutcheson, Mark H. Rachesky, Amin I. Khalifa, Glenn Umetsu, and Dean M. Luvisa in the above-captioned matters. Please direct copies of all pleadings and notices to counsel at the address below:

KEITH E. EGGLETON
DIANE M. WALTERS
L. DAVID NEFOUSE
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, California 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100
Email: keggleton@wsgr.com
dwalters@wsgr.com
dnefouse@wsgr.com

Dated: March 13, 2008

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By: s/ Diane M. Walters
Diane M. Walters

Attorneys for Defendants
S. DOUGLAS HUTCHESON, MARK H. RACHESKY, AMIN I. KHALIFA, GLENN UMETSU, and DEAN M. LUVISA