KEITH E. EGGLETON, State Bar No.159842
keggleton@wsgr.com
DIANE M. WALTERS, State Bar No. 148136
dwalters@wsgr.com
L. DAVID NEFOUSE, State Bar No. 243417
dnefouse@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, California 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100

Attorneys for Defendants
S. DOUGLAS HUTCHESON, MARK H. RACHESKY, AMIN I. KHALIFA, GLENN UMETSU, and DEAN M. LUVISA

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HCL PARTNERS LIMITED PARTNERSHIP, On Behalf of Itself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>LEAP WIRELESS INTERNATIONAL, INC., S. DOUGLAS HUTCHESON, DEAN M. LUVISA, AMIN I. KHALIFA and PRICEWATERHOUSECOOPERS, LLP.<br><br>Defendants. | CASE NO. 07-CV-2245-BTM-NLS<br><br><u>CLASS ACTION</u><br><br>**PROOF OF SERVICE**<br><br>The Honorable Barry T. Moskowitz, United States District Court Judge |

**CAPTION CONTINUES ON NEXT PAGE**

| | |
|---|---|
| DEVAY CAMPBELL, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>LEAP WIRELESS INTERNATIONAL, INC., S. DOUGLAS HUTCHESON, MARK H. RACHESKY, AMIN I. KHALIFA, GLENN UMETSU and DEAN M. LUVISA,<br><br>Defendants. | CASE NO. 07-CV-2297-BTM-NLS<br><br><u>CLASS ACTION</u> |
| KENT CARMICHAEL, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>LEAP WIRELESS INTERNATIONAL, INC., S. DOUGLAS HUTCHESON, MARK H. RACHESKY, AMIN I. KHALIFA, and DEAN M. LUVISA,<br><br>Defendants. | CASE NO. 08-CV-0128-BTM-NLS<br><br><u>CLASS ACTION</u> |

I, Sherri L. Mills, declare:

I am employed in Santa Clara County, State of California. I am over the age of 18 years and not a party to the within action. My business address is Wilson Sonsini Goodrich & Rosati, 650 Page Mill Road, Palo Alto, California 94304-1050.

On this date, I served:

**NOTICE OF APPEARANCE**

on the ECF-registered parties listed below by posting such documents electronically to the ECF website of the United States District Court for the Southern District of California.

Ramzi Abadou, Esq.
Coughlin Stoia Geller
Rudman & Robbins LLP
655 West Broadway, Suite 1900
San Diego, CA 92101
ramzia@csgrr.com

Kimberly A. Hicks, Esq.
Latham and Watkins
600 West Broadway, Suite 1800
San Diego, CA 92101-3375
kimberly.hicks@lw.com

Lionel Z. Glancy, Esq.
Glancy Binkow & Goldberg LLP
1801 Avenue of the Stars, Suite 311
Los Angeles, CA 90067
lglancy@glancylaw.com

Kirk Hulett, Esq.
Hulett Harper Stewart LLP
550 West C Street, Suite 1600
San Diego, CA 92101
kbh@huletharper.com

Nicole Lavallee, Esq.
Berman DeValerio Pease Tabacco
Burt & Pucillo
425 California Street, 21st Floor
San Francisco, CA 94104
nlavallee@bermanesq.com

Evan J. Smith, Esq.
Brodsky & Smith, LLC
9595 Wilshire Boulevard, Suite 900
Beverly Hills, CA 90212
esmith@brodsky-smith.com

Lori S. Brody, Esq.
Kaplan Fox & Kilsheimer LLP
1801 Century Park East, Suite 1460
Los Angeles, CA 90067
lbrody@kaplanfox.com

I am readily familiar with Wilson Sonsini Goodrich & Rosati's practice for collection and processing of documents for delivery according to instructions indicated above. In the ordinary course of business, documents would be handled accordingly.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed at Palo Alto, California on March 13, 2008.

/s/ Sherri L. Mills
Sherri L. Mills