LATHAM & WATKINS LLP
Miles N. Ruthberg (Bar No. 086742)
miles.ruthberg@lw.com
Pamela S. Palmer (Bar No. 107590)
pamela.palmer@lw.com
633 West Fifth Street, Suite 4000
Los Angeles, California 90071-2007
Telephone: +1.213.485.1234
Facsimile: +1.213.891.8763

LATHAM & WATKINS LLP
Kimberly Arouh Hicks (Bar No. 163285)
kimberly.hicks@lw.com
Jake Ryan (Bar No. 211899)
jake.ryan@lw.com
600 West Broadway, Suite 1800
San Diego, California 92101-3375
Telephone: +1.619.236.1234
Facsimile: +1.619.696.7419

Attorneys for Defendant
Leap Wireless International, Inc.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HCL PARTNERS LIMITED PARTNERSHIP, on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>LEAP WIRELESS INTERNATIONAL, INC., S. DOUGLAS HUTCHESON, DEAN M. LUVISA, AMIN I. KHALIFA and PRICEWATERHOUSECOOPERS, LLP,<br><br>Defendants. | CLASS ACTION NO. 07 CV 2245 BTM (NLS)<br><br>**PROOF OF SERVICE**<br><br>**RE: DEFENDANT LEAP WIRELESS INTERNATIONAL, INC.'S RULE 7.1 DISCLOSURE STATEMENT**<br><br>Judge: Hon. Barry Ted Moskowitz<br><br>Ctrm: 15 (5th Floor)<br>First Action Filed: November 27, 2007 |

CASE CAPTIONS CONTINUED ON NEXT PAGE

| | |
|---|---|
| DEVAY CAMPBELL, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>LEAP WIRELESS INTERNATIONAL, INC., S. DOUGLAS HUTCHESON, MARK H. RACHESKY, AMIN I. KHALIFA, GLENN UMETSU and DEAN M. LUVISA,<br><br>Defendants. | CLASS ACTION NO. 07 CV 2297 BTM (NLS) |
| KENT CARMICHAEL, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>LEAP WIRELESS INTERNATIONAL, INC., S. DOUGLAS HUTCHESON, MARK H. RACHESKY, AMIN I. KHALIFA and DEAN M. LUVISA,<br><br>Defendants. | CLASS ACTION NO. 08 CV 0128 BTM (NLS) |

I am employed in the County of San Diego, State of California. I am over the age of 18 years and not a party to this action. My business address is Latham & Watkins LLP, 600 West Broadway, Suite 1800, San Diego, CA 92101-3375.

On **March 14, 2008**, I served the following document described as:

**DEFENDANT LEAP WIRELESS INTERNATIONAL, INC.'S RULE 7.1 DISCLOSURE STATEMENT**

by serving a true copy of the above-described document in the following manner:

///

///

///

///

///

///

**BY ELECTRONIC FILING**

I am familiar with the United States District Court, Southern District of California's practice for collecting and processing electronic filings. Under that practice, documents are electronically filed with the court. The court's CM/ECF system will generate a Notice of Electronic Filing (NEF) to the filing party, the assigned judge, and any registered users in the case. The NEF will constitute service of the document. Registration as a CM/ECF user constitutes consent to electronic service through the court's transmission facilities. Under said practice, the following CM/ECF users were served:

*Attorneys for Plaintiff HCL Partners Limited Partnership and Movant New Jersey Carpenters Pension and Benefit Funds*:

Lionel Z. Glancy, Esq.
GLANCY BINKOW & GOLDBERG LLP
1801 Avenue of the Stars, Suite 311
Los Angeles, CA 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160
E-mail: info@glancylaw.com

*Attorneys for Plaintiff Devay Campbell*:

Evan J. Smith, Esq.
BRODSKY & SMITH, LLC
9595 Wilshire Blvd., Suite 900
Beverly Hills, CA 90212
Telephone: (310) 300-8425
Facsimile: (310) 231-7423
E-mail: esmith@brodsky-smith.com

*Attorneys for Plaintiff Kent Carmichael*:

Lori Sambol Brody, Esq.
KAPLAN FOX & KILSHEIMER LLP
1801 Century Park East, Suite 1460
Los Angeles, CA 90067
Telephone: (310) 785-0893
Facsimile: (310) 785-0897
E-mail: lbrody@kaplanfox.com

*Attorneys for* Attorneys *for Defendants S. Douglas Hutcheson, Dean M. Luvisa, Amin I. Khalifa, Mark H. Rachesky, Glenn Umetsu:*
Diane Walters
WILSON SONSINI GOODRICH & ROSATI
650 Page Mill Road
Palo Alto, CA 94304
Telephone: (650) 493-9300
Facsimile: (650) 493-6811
Email: dwalters@wsgr.com

*Attorneys for Alaska Electrical Pension Fund and Genesee County Employees' Retirement System*:

Ramzi Abadou, Esq.
COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: (619) 231-1058
Facsimile: (619) 231-7423
Email: ramzia@csgrr.com

*Attorneys for Louisiana Municipal Police Employees' Retirement System*:

Nicole Lavallee, Esq.
BERMAN DEVALERIO PEASE TABACCO BURT & PUCILLO
425 California Street, 21st Floor
San Francisco, CA 94104
Telephone: (415) 433-3200
Facsimile: (415) 433-6382
Email: nlavallee@bermanesq.com

*Attorneys for Movants Westchester Capital Management, Inc. and Green & Smith Investment Management L.L.C.*:

Kirk Hulett, Esq.
HULETT HARPER STEWART LLP
550 West C Street, Suite 1600
San Diego, CA 92101
Telephone: (619) 338-1133
Facsimile: (619) 338-1139
Email: kbh@hulettharper.com

I declare that I am employed in the office of a member of the Bar of, or permitted to practice before, this Court at whose direction the service was made and declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on March 14, 2008, at San Diego, California.

Alethia Corneil