Evan J. Smith (SBN 242352)
BRODSKY & SMITH, LLC
9595 Wilshire Boulevard, Suite 900
Beverly Hills, CA 90212
Telephone: (310) 300-8425
Facsimile: (310) 247-0160
esmith@brodsky-smith.com

*Attorneys for Plaintiffs*

[Additional Counsel on Signature Page]

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| DEVAY CAMPBELL, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>LEAP WIRELESS INTERNATIONAL, INC., S. DOUGLAS HUTCHESON, MARK H. RACHESKY, AMIN I. KHALIFA, GLENN UMETSU and DEAN M. LUVISA,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **NO. 3:07-cv-02297-BTM-NLS**<br><br>NOTICE OF VOLUNTARY WITHDRAWAL |

Plaintiff, Devay Campbell ("Plaintiff"), hereby voluntarily dismisses the above captioned matter without prejudice.

Dated: May 7, 2008

Respectfully submitted,

**BRODSKY & SMITH, LLC**

By:*/s Evan J. Smith (SBN242352)*
Evan J. Smith (SBN 242352)
9595 Wilshire Blvd., Suite 900
Beverly Hills, CA 90212
(310) 300-8425
(310) 247-0147 (fax)
esmith@brodsky-smith.com

**[Additional Counsel on Next Page]**

**SCHIFFRIN BARROWAY**
**TOPAZ & KESSLER, LLP**
Richard A. Maniskas
D. Seamus Kaskela
280 King of Prussia Rd.
Radnor, PA 19087
(610) 667-7706
(610) 667-7056 (fax)

***Attorneys for Plaintiff***

**PROOF OF MAILING**

I, Evan J. Smith hereby certify, that on May 7, 2008, I electronically filed this document pursuant to the SDCal Rules on electronic filing.

*/s Evan J. Smith (SBN 242352)*
Evan J. Smith (SBN 242352)